UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 21  2 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

| | |
|---|---|
| LORI RAYMOND, *et al.*<br>Plaintiffs,<br>Individually and as<br>representatives of all<br>persons similarly situated | CIVIL ACTION NO.: 303 CV 0118 MRK: |
| VS. | |
| JOHN ROWLAND, Governor of<br>Connecticut, PATRICIA<br>WILSON-COKER, Commissioner<br>of the Connecticut Department of<br>Social Services,<br>In their official capacities<br>Defendants | OCTOBER 20, 2003 |

## MOTION TO WITHDRAW APPEARANCE

1. Pursuant to Rule 15 of the Local Rules of Civil Procedure for the United States District Court, Sharon D. Langer requests leave to withdraw her appearance for the Plaintiffs.

2. The plaintiffs continue to be represented by the following counsel: Shirley J. Bergert of Connecticut Legal Services, Inc., Gregory Lee Bass and Lucy Potter of Greater Hartford Legal Aid, and Joanne G. Gibau of New Haven Legal Assistance Association, all of whom are experienced attorneys. Maria Morelli-Wolfe of Greater Hartford Legal Aid will be filing her appearance shortly.

3. Remaining counsel for Plaintiffs are aware of this motion to withdraw and have been provided with copies, and have no objection.

Respectfully Submitted,

PLAINTIFFS

By: /s/ Sharon D. Langer
Sharon D. Langer
Fed. Bar No. CT 06907
Connecticut Legal Services, Inc.
587 Main Street
New Britain, CT 06051
Tel: (860) 225-8678
Fax: (860) 225-6105
Email: slanger@connlegalservices.org

### Certificate of Service

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure and Rule 7(e) of the Local Rules of Civil Procedure, I hereby certify that a true and correct copy of this Motion to Withdraw Appearance was provided by first class mail, postage prepaid, on October 20, 2003 to counsel for Defendants, Assistant Attorneys General Richard Lynch, Hugh Barber and Peter Brown at 55 Elm Street, PO Box 120, Hartford, CT 06141-0120.

/s/ Sharon D. Langer
Sharon D. Langer
Fed. Bar No. CT 06907
Connecticut Legal Services, Inc.
587 Main Street
New Britain, CT 06051
Tel: (860) 225-8678
Fax: (860) 225-6105
Email: slanger@connlegalservices.org