UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Raymond, et al

               Plaintiffs,  :  NO.  3:03cv0118 (MRK)

v.

Rowland, et al

               Defendants.  :

FILED OCT 22 8 16 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

## ORDER

The parties having conferred with the Court on October 21, 2003 regarding the above-captioned case, the following is ordered:

1. Jacqueline Torres' Motion to Intervene [Doc. #45] is GRANTED without opposition. The clerk is directed to docket intervenor's complaint;

2. The oral argument scheduled for November 5, 2003 is CANCELLED. Oral argument encompassing both Plaintiff's motion for class certification and Defendant's motion to dismiss will be scheduled following the receipt of all the briefs.

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: October 21, 2003