UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| LORI RAYMOND, ET AL. | : | | |
| Plaintiffs, | : | NO. | 3:03cv0118 (MRK) |
| v. | : | | |
| JOHN ROWLAND, ET AL. | : | | |
| Defendants. | : | | |

## ORDER

The Motion To Withdraw Appearance (Doc. #50) filed by Sharon D. Langer on October 21, 2003 is hereby **GRANTED**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: October 23, 2003