UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FILED
Oct 28  2 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

| | |
|---|---|
| LORI RAYMOND,<br>CARMEN GONZALEZ,<br>MIGDALIA MENDEZ,<br>KIMBERLY DADE,<br>MARY PAVLIK,<br>DARRYL PAULDING,<br>TERRI KEATON,<br>ELMORE SWEET,<br>JUDITH SHEPAUM,<br>GLORIA GORDON,<br>KAREN MORIN, and<br>DONNA McMAHON<br>  Plaintiffs,<br>  Individually and as<br>  representatives of all<br>  persons similarly situated<br><br>VS.<br><br>JOHN ROWLAND, Governor of<br>Connecticut, PATRICIA<br>WILSON-COKER, Commissioner<br>of the Connecticut Department of<br>Social Services,<br>In their official capacities,<br>  Defendants | CIVIL ACTION NO.<br>303CV0118 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>October 27, 2003 |

## **APPEARANCE**

Please enter the undersigned as attorney for the plaintiffs, Lori Raymond, et al., in the above-captioned matter in addition to counsel already on file.

Respectfully submitted,

PLAINTIFFS
LORI RAYMOND, CARMEN GONZALEZ, MIGDALIA MENDEZ, KIMBERLY DADE, MARY PAVLIK, DARRYL PAULDING, TERRI KEATON, ELMORE SWEET, JUDITH SHEPAUM, GLORIA GORDON, KAREN MORIN, and DONNA McMAHON

By: _____
MARIA MORELLI-WOLFE, ESQ.
Federal Bar No. ct 23174
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105-2465
Tel. (860) 541-5042
Fax (860) 541-5050
mmorelliwolfe@ghla.org

2

## **CERTIFICATION**

I hereby certify that a copy of this Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of October 2003, first class postage prepaid to:

Hugh Barber
Peter L. Brown
Richard J. Lynch
Assistant Attorneys General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Shirley Bergert
Connecticut Legal Services
872 Main St., PO Box 258
Willimantic, CT 06226

Joanne G. Gibau
New Haven Legal Assistance
426 State Street
New Haven, CT 06510

Greg Bass
Lucy Potter
Greater Hartford Legal Aid
999 Asylum Ave., 3rd Fl.
Hartford, CT 06105-2465

_____
Maria Morelli-Wolfe
Greater Hartford Legal Aid

3