UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

'03 NOV 4 11 23

| | |
|---|---|
| LORI RAYMOND, CARMEN GONZALEZ, MIGDALIA MENDEZ, KIMBERLY DADE, MARY PAVLIK, DARRYL PAULDING, TERRI KEATON, ELMORE SWEET, JUDITH SHEPAUM, GLORIA GORDON, KAREN MORIN and DONNA MCMAHON<br>    Plaintiffs,<br>    Individually and as representatives<br>    of all persons similarly situated<br>  v.<br><br>JOHN ROWLAND, Governor of Connecticut, PATRICIA WILSON-COKER Commissioner of the Connecticut Department of Social Services, In their official capacities,<br>    Defendants | CIVIL ACTION NO. 303 CV 0118 (MRK)<br>NEW HAVEN, CONN.<br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 11, 2003 |

## DEFENDANT GOVERNOR JOHN ROWLAND'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure Rule 12(b)(1), the defendant John Rowland, Governor of the State of Connecticut, moves to dismiss the above entitled action as to himself on the grounds that the court lacks jurisdiction as to the subject matter of the litigation. Specifically, the Governor is not a proper party to this action and therefore said action is barred by the Eleventh Amendment. Dismissal is further required due to the absence of a justiciable case or controversy involving the Governor.

DEFENDANTS

JOHN ROWLAND, in his official capacity as Governor of Connecticut, PATRICIA WILSON-COKER, in her capacity as Commissioner of the Connecticut Department of Social Services

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

*/s/ Peter L. Brown*
Peter L. Brown
Assistant Attorney General
Federal Bar No. ct12132
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Peter.Brown@po.state.ct.us
Tel.: (860) 808-5210
Fax.: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion For Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 11th day of September, 2003, was mailed, first class postage prepaid to:

Shirley Bergert, Esq.
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 258
Willimantic, CT 06226

Lucy Potter, Esq.
Greg Bass, Esq.
Connecticut Legal Services, Inc.
999 Asylum Avenue
3rd Floor
Hartford, CT 06105-2465

Sharon Langer, Esq.
Caitlin J. Simon, Esq.
Connecticut Legal Services, Inc.
587 Main Street
New Britain, CT 06051

Nadine Nevins, Esq.
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604

Joanne G. Gibau, ESq.
New Haven Legal Assistance
426 State Street
New Haven, CT 06510

_____
Peter L. Brown
Assistant Attorney General