# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

U.S. DISTRICT COURT
NEW HAVEN, CONN

CASE NUMBER: 303 CV0 118 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   the Plaintiffs

November 5, 2003
Date

Signature

CT 20598
Connecticut Federal Bar Number

Priya Sinha Cloutier
Print Clearly or Type Name

860-447-0323 X112
Telephone Number

153 Williams Street
Address

860-443-0109
Fax Number

New London, CT 06320

PCLOUTIER@CONNLEGALSERVICES.ORG
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

JOANNE G. Gibau
New Haven Legal Assistance
426 State Street
New Haven, CT 06510

SHIRLEY BERGERT
Connecticut Legal Services
872 Main Street, PO Box 258
Willimanti, CT 06226

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

CONT.

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE CONT.

LUCY POTTER  
Greater Hartford Legal Aid  
999 Asylum Avenue, 3rd Floor  
Hartford, CT 06105

GREG BASS  
Greater Hartford Legal Aid  
999 Asylum Avenue, 3rd Floor  
Hartford, CT 06105

MARIA MORELLI-WOLFE  
Greater Hartford Legal Aid  
999 Asylum Avenue, 3rd Floor  
Hartford, CT 06105

Hugh Barber  
Peter L. Brown  
Richard J. Lynch  
Assistant Attorneys General  
55 Elm Street, PO Box 120  
Hartford, CT 06141-0120