UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* | : | CIVIL ACTION NO. |
| Plaintiffs, Individually and as | : | |
| representatives of all | : | 303CV0118 (MRK) |
| persons similarly situated, | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHN ROWLAND, Governor of | : | |
| Connecticut, and PATRICIA | : | |
| WILSON-COKER, Commissioner | : | January 12, 2004 |
| of the Connecticut Department of | : | |
| Social Services, in their official | : | |
| capacities, | : | |
| Defendants. | | |

## MOTION FOR EXTENSION OF TIME AND ADJUSTMENT OF SCHEDULING ORDER

The plaintiffs move for a three-month extension of time until June 1, 2004 for the completion of fact discovery. In addition, they request that the scheduling order be adjusted forward by three months. In support thereof, plaintiffs represent that the parties are actively pursuing settlement negotiations. Plaintiffs are finalizing comments on Defendant's proposed regulations regarding rights of applicants and recipients with disabilities. Depositions are being scheduled for the third week of January. A second set of interrogatories will issue in early January. Nevertheless, the scope of permissible discovery will likely be disputed until there is a decision on the motion for class certification. Despite due diligence, plaintiffs will be unable to continue settlement negotiations and complete discovery by March 1, 2004.

Accordingly, plaintiffs request that the deadline for fact discovery be extended by three months, and that all other scheduling deadlines be adjusted accordingly. Below is a table with proposed revisions to the scheduling order.

| Task | current deadline | proposed deadline |
|---|---|---|
| discovery completed | 3/1/04 | 6/1/04 |
| motions for summary judgment | 8/15/04 | 11/15/04 |
| status conference | 1/29/04, 2:30 | ? |
| Plaintiffs designate experts | 3/1/04 | 6/1/04 |
| defendants' deposition of plaintiffs' experts | 4/1/04 | 7/1/04 |
| defendants designate experts | 5/1/04 | 8/1/04 |
| plaintiffs deposition of defendants' experts | 6/1/04 | 9/1/04 |
| plaintiffs' designation of rebuttal experts | 7/15/04 | 10/15/04 |
| defendants' deposition of rebuttal experts | 8/1/04 | 11/1/04 |
| dispositive motions | 9/1/04 | 12/1/04 |
| joint trial memo | 10/15/04, or within 60 days of ruling on dispositive motions | 1/15/05, or within 60 days of ruling on dispositive motions |
| ready for trial | 1/2/05 | 4/2/05 |

The defendants, have consented to plaintiff's request for a three month extension of the deadline for fact discovery, and adjustment of the scheduling order as set forth above. . This is plaintiffs' first motion for extension of time for the completion of fact discovery.

        PLAINTIFFS

        LORI RAYMOND, *et al.*


        /s/ Lucy Potter

        _____

        Lucy Potter (ct 23449)
        Attorney for the Plaintiffs
        Greater Hartford Legal Aid
        999 Asylum Avenue
        Hartford, CT 06105
        lpotter@ghla.org
        Tel: (860)541-5002
        Fax: (860)541-5050

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of January, 2004, first class postage prepaid to:

Hugh Barber
Peter L. Brown
Richard J. Lynch
Assistant Attorneys General
55 Elm Street, P.O. Box 120

Hartford, CT 06141-0120

Joanne Gibau
New Haven Legal Assistance
426 State St.
New Haven, CT 06510

Shirley Bergert
Connecticut Legal Services
872 Main St., PO Box 258
Willimantic, CT 06226

Priya Cloutier
Connecticut Legal Services
153 Williams Street
New London, CT 06320

_____

Lucy Potter, Attorney for the Plaintiffs