TOTAL TIME: *1* hours *40* minutes

HONORABLE M. R. Kravitz

DEPUTY CLERK K. Ghilardi     RPTR/ERO/TAPE Thea

CT/cvmhrg (January 10, 2002)

DATE 01/22/04     START TIME 2:40pm     END TIME 4:20

RECESS FROM ___ LUNCH RECESS FROM ___ TO ___ (if more than 1/2 hour)

Raymond et al

vs.

Rowland et al

CIVIL NO. 3:03cv118 MRK

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Gregory Lee Bass
Shirley J. Bergert
Plaintiffs' Counsel

Peter L. Brown
Hugh Barber
Defendants' Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #24 Motion Plaintiff mot. to certify class — ☐ granted ☐ denied ☑ advisement
☑ #54 Motion Defendant mot. to Dismiss — ☑ granted ☐ denied ☐ advisement
☑ #59 Motion Plaintiff mot ext of time — ☑ granted ☐ denied ☐ advisement