UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, Et al. | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 303CV0118 (MRK) |
|     Individually and on behalf of all | : | |
|     other persons similarly situated, | : | February 23, 2004 |
| | : | |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
|     Defendants. | | |

**<u>JOINDER OF GOVERNOR ROWLAND AS A PARTY DEFENDANT</u>**

Pursuant to Rule 19 of the Federal Rules of Civil Procedure, the plaintiffs move to re-join Governor Rowland as a party defendant in the above-captioned action.

                                                          Respectfully submitted,
                                                          Plaintiffs

                                                          BY: /s/Maria Morelli-Wolfe (ct23174)
                                                          Greater Hartford Legal Aid
                                                          99 Asylum Ave., 3rd Floor
                                                          Hartford, CT 06105-2465
                                                         Phone: 860.541.5042
                                                          Fax: 860.541.5050
                                                         E-Mail: mmorelliwolfe@ghla.org

CERTIFICATION

    I hereby certify that on the 23rd of February, 2004, a copy of the forgoing Joinder of Governor Rowland as a Party Defendant was filed electronically [and served by mail on anyone unable to accept electronic filing.] Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing.] Parties may access this filing through the Court's system.

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

    /s/Maria Morelli-Wolfe (ct23174)
Greater Hartford Legal Aid
99 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465
Phone: 860.541.5042
Fax: 860.541.5050
E-Mail: mmorelliwolfe@ghla.org