UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 303CV0118 (MRK) |
|    Individually and on behalf of all | : | |
|    other persons similarly situated, | : | February 23, 2004 |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
|    Defendants. | | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO JOIN GOVERNOR JOHN ROWLAND AS A PARTY DEFENDANT**

The issue of the plaintiffs' right to join Governor John Rowland as a party defendant in this case was fully briefed in the Plaintiffs' Memorandum of Law in Opposition to Defendant Rowland's Motion to Dismiss, dated October 31, 2003, and orally argued on January 22, 2004. At oral argument, this Court granted the Defendant's Motion to Dismiss Governor Rowland without prejudice and granted Plaintiffs leave to amend their complaint and re-join Governor Rowland as a party defendant. In this Memorandum of Law in Support of Plaintiffs' Motion to Join Governor John Rowland as a Party Defendant, Plaintiffs are incorporating by reference their earlier brief and oral argument.

                      Respectfully submitted,
                      Plaintiffs

                      BY: /s/Maria Morelli-Wolfe (ct23174)
                      Greater Hartford Legal Aid
                      99 Asylum Ave., 3rd Floor
                      Hartford, CT 06105-2465
                      Phone: 860.541.5042
                      Fax: 860.541.5050
                      E-Mail: mmorelliwolfe@ghla.org


## CERTIFICATION

      I hereby certify that on the 23rd of February, 2004, a copy of the forgoing Memorandum of Law in Support of Plaintiffs Motion to Join Governor Rowland as a Party Defendant was filed electronically [and served by mail on anyone unable to accept electronic filing.] Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing.] Parties may access this filing through the Court's system.

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

                      _____
                      /s/ Maria Morelli-Wolfe (ct23174)
                      Greater Hartford Legal Aid
                      99 Asylum Ave., 3rd Floor
                      Hartford, CT 06105-2465
                      Phone: 860.541.5042
                      Fax: 860.541.5050
                      E-Mail: mmorelliwolfe@ghla.org