UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, Et al. | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 303CV0118 (MRK) |
|     Individually and on behalf of all | : | |
|     other persons similarly situated, | : | February 23, 2004 |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
|     Defendants. | : | |

## **WITHDRAWAL OF KAREN MORIN, DONNA MCMAHON, JUDITH SHEPAUM AND GLORIA GORDON AS PLAINTIFFS**

Plaintiffs Karen Morin and Donna McMahon are hereby withdrawn from the above action due to lack of allegations in the complaint that they are disabled. Plaintiffs Judith Shepaum and Gloria Gordon are withdrawn from the above action because they desire to withdraw from this litigation.

This action continues to be entirely appropriate for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

                                                      Respectfully submitted,

                                                      Karen Morin
                                                      Donna McMahon
                                                      Judith Shepaum
                                                      Gloria Gordon
                                                      Plaintiffs

BY: /s/Maria Morelli-Wolfe (ct23174)  
Greater Hartford Legal Aid  
99 Asylum Ave., 3rd Floor  
Hartford, CT 06105-2465  
Phone: 860.541.5042  
Fax: 860.541.5050  
E-Mail: mmorelliwolfe@ghla.org  

CERTIFICATION

I hereby certify that on the 23rd of February, 2004, a copy of the forgoing Plaintiffs' Motion For Withdrawal of Karen Morin, Donna McMahon, Carmen Gonzalez, Judith Shepaum and Gloria Gordon as Named Plaintiffs was filed electronically [and served by mail on anyone unable to accept electronic filing.]  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing.] Parties may access this filing through the Court's system.

Hugh Barber, Esq.  
Peter Brown, Esq.  
Richard J. Lynch, Esq.  
Assistant Attorneys General  
Office of the Attorney General  
55 Elm St., P.O. Box 120  
Hartford, CT 06141-0120  

 /s/Maria Morelli-Wolfe (ct23174)  
Greater Hartford Legal Aid  
99 Asylum Ave., 3rd Floor  
Hartford, CT 06105-2465  
Phone: 860.541.5042  
Fax: 860.541.5050  
E-Mail: mmorelliwolfe@ghla.org