UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 303CV0118 (MRK) |
|     Individually and on behalf of all | : | |
|     other persons similarly situated, | : | February 24, 2004 |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
|     Defendants. | : | |

**PLAINTIFFS' REVISED MOTION FOR WITHDRAWAL OF KAREN MORIN, DONNA MCMAHON, CARMEN GONZALEZ, JUDITH SHEPAUM AND GLORIA GORDON AS NAMED PLAINTIFFS**

In conjunction with plaintiffs' filing of a Second Amended Complaint on February 23, 2004, with leave of the Court, plaintiffs respectfully file this REVISED motion for the withdrawal of: KAREN MORIN and DONNA MCMAHON as named plaintiffs from the above-referenced action, per the representations of plaintiffs' counsel in open court on January 22, 2004; CARMEN GONZALEZ as a named plaintiff, due to her having moved out of state; and JUDITH SHEPAUM and GLORIA GORDON as named plaintiffs from the above-referenced action, due to their desire to withdraw from this litigation. This revised motion supersedes the Withdrawal of Karen Morin, Donna McMahon, Judith Shepaum and Gloria Gordon as Named Plaintiffs, filed with the Court on February 23, 2004.

This action continues to be entirely appropriate for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        Karen Morin
        Donna McMahon
        Carmen Gonzalez
        Judith Shepaum
        Gloria Gordon
        Plaintiffs

        BY: /s/Maria Morelli-Wolfe (ct23174)
        Greater Hartford Legal Aid
        999 Asylum Ave., 3rd Floor
        Hartford, CT 06105-2465
        Phone: 860.541.5042
        Fax: 860.541.5050
        E-Mail: mmorelliwolfe@ghla.org

## CERTIFICATION

I hereby certify that on the 24th of February, 2004, a copy of the forgoing Revised Motion to Withdraw was filed electronically [and served by mail on anyone unable to accept electronic filing.] Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing.] Parties may access this filing through the Court's system.

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

/s/Maria Morelli-Wolfe (ct23174)
Greater Hartford Legal Aid
999 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465
Phone: 860.541.5042
Fax: 860.541.5050
E-Mail: mmorelliwolfe@ghla.org