UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al* <br> Plaintiffs, <br> Individually and as <br> persons similarly situated | : CIVIL ACTION NO. 303 CV 0118 MRK <br> : <br> : <br> : |
| VS. | : |
| JOHN ROWLAND, Governor of <br> Connecticut, PATRICIA <br> WILSON-COKER, Commissioner <br> of the Connecticut Department of <br> Social Services, <br> In their official capacities <br> Defendants | : <br> : <br> : February 25, 2004 <br> : <br> : <br> : <br> : |

## ARIEL LOPEZ'S MOTION TO INTERVENE

Intervenor, Ariel Lopez, hereby respectfully moves that this Court permit him to intervene as a party Plaintiff pursuant to Fed. R. Civ. P. 24(b), and in support thereof states the following:

1. Ariel Lopez is 34 years old and resides at 67 Laurel Heights, Meriden, CT.

2. Mr. Lopez is disabled as the result of a traumatic brain injury. He receives Supplemental Security Income (SSI) and Social Security Disability benefits on the basis of this disability.

3. As a result of his traumatic brain injury he gets disoriented and is not able to find his way to unfamiliar places on foot or by public transportation. He does not drive. He also has difficulty communicating and understanding what others say to him. He also suffers from depression and takes Paxil for this condition.

4. Until December, 2003 he received State Supplemental assistance, Medicaid, Food Stamps and payment of his Medicare premiums through

Connecticut's Department of Social Services (DSS.)

5. His DSS coverage stopped effective December, 2003 after he was evicted from his apartment.

6. He reapplied for his DSS administered benefits on or about December 15, 2003.

7. As of this date, February 24, 2004, he has not received any of these benefits. He should remain eligible becaue his circumstances have not changed.

8. He has an urgent medical need in that he has an abscessed tooth which has caused the side of his face to swell and is extremely painful. He is unable to get dental treatment without his Medicaid coverage.

9. Intervenor Lopez' claims meet the criteria of Rule 24(b)(2). He presents questions of fact and law in common with the main action.

10. Intervention by Mr. Lopez will not delay or prejudice the rights of the original parties.

11. Intervenor Lopez' affidavit and complaint are attached hereto.

WHEREFORE, Intervenor, Ariel Lopez, respectfully requests that this Court permit him to intervene as a party Plaintiff.

RESPECTFULLY SUBMITTED,
Intervenor, Ariel Lopez

_____
BY: Maria Morelli-Wolfe(ct23174)
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd floor
Hartford, Connecticut 06105-2465
Phone 860.541.5042
Fax: 860.541.5050
E-Mail: mmorelliwolfe@ghla.org
His attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Ariel Lopez' Motion to Intervene was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure first class, postage pre- paid to:

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

_____
BY: Maria Morelli-Wolfe(ct23174)
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd floor
Hartford, Connecticut 06105-2465
Phone 860.541.5042
Fax: 860.541.5050
E-Mail: mmorelliwolfe@ghla.org