UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *Et al.*<br>Plaintiffs,<br>Individually and on behalf of all<br>other persons similarly situated, | CIVIL ACTION NO.<br>303CV0118 (MRK)<br><br>March 1, 2004 |
| V. | |
| JOHN ROWLAND, in his official<br>capacity as Governor of the State of<br>Connecticut, and<br>PATRICIA WILSON-COKER, in her<br>official capacity as Commissioner<br>of the State of Connecticut Department of<br>Social Services, | CLASS ACTION |
| Defendants. | |

## PLAINTIFFS' MOTION FOR WITHDRAWAL OF JACQUELINE TORRES AS INTERVENOR

Plaintiffs respectfully move this Court for the withdrawal of JACQUELINE TORRES as an intervenor in the above-referenced action because she recently moved out of state. Intervenor Jacqueline Torres' Motion to Intervene, Memorandum of Law and Complaint were filed on September 29, 2003 and granted by order of this Court on October 21, 2003.

This action continues to be entirely appropriate for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Jacqueline Torres
Intervenor

BY: _____
Joanne Gibau (ct05730)
New Haven Legal Assistance Association, Inc.

426 State Street
New Haven, CT 06510
Phone: (203)946-4811 x.142
Fax: 203.498-9271
E-Mail: jgibau@nhlegal.org
Her Attorney

## CERTIFICATION

I hereby certify that on the 1st of March, 2004, a copy of the forgoing Motion for Withdrawal of Intervenor Jacqueline Torres was mailed, postage prepaid to:

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

_____
Joanne Gibau

2