UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| LORI RAYMOND, et al., | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:03cv0118 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| JOHN ROWLAND, et al., | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

Plaintiffs' Motion for Withdrawal of Jacqueline Torres as Intervenor [doc. #68] is GRANTED.

IT IS SO ORDERED.

/s/   Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: March 8, 2004