Estado de Connecticut

                                        s. s. Hartford, CT el 17 de febrero, 2004

Condado de Hartford

DECLARACION JURADA

1. Me llamo Elena Sierra.

2. Soy mayor de edad y entiendo las obligaciones de unjuramento.

3. Vivo en Hartford and no tengo hijos menores de edad.

4. No hablo ingles. Deje de asistir a la escuela despues del quinto grado. Mi vida casera de mi ninez fue muy dificil.

5. Fue internizada cinco veces en este ano a causa de ser deprimida. Yo oigo voces que me dirigen a lastimarme por bebiendo Clorox. Como adolecente intente quitarme la vida por esa manera.

6. He recibido ayuda por medio del DSS, pero no me brinda ayuda del efectivo. El ano pasado yodijeamitrabajadoraquenecesitabaelefectivo.Expliquequeestabadeprimida. Perola trabajadora me dijo que solamente podria conseguir la ta~ eta medica y los cupones de alimentacion.

7. No recuerdo bien el nombre de la trabajadora con quienhable. Mehancambiadola trabajadora muchas veces y no puedo recordar los nombres.

8. Durante el ano 2003, fue internizada al Instituto de Vivir desde el dia 9 de junio hasta e

desde el 22 de septiembre hasta e inclusivo al dia 29 de octubre.

9. Yo tomo trazodone, klonopin, zoloft and abilify para calmar mis nervios. Me confundo y a veces olvido de tomar mis medicinas.

10. Antes de que sali del hospital en octubre, mi consejera escribio una carta al DSS rogando que me brindaron un mejor programa de seguros medica, para poder obtener los servicios de una enfermera en casa para aseguro que yo tomiera la medicinas como faltaba.

11. Jamas recibi este programa medica, pero tampoco recibi un aviso diciendo que me lo negaron.

12. Yo me encontrare con mi trabajadora el dia 19 de febrero y preguntare otra vez para el efectivo y medicaid.

13. He aplicado para ingresos de seguro suplementarios (SSI) y tendre un audiencia dentro de poco.

14. No he podido trabajar durante muchos anos a causa de mi condicion medica. Me hace mucha falta la ayuda y no entiendo porque el estado no me permite recibir efectivo o participar en un programa de salud que cubrira los servicios que me falta para mejorarme.

*Elena Sierra*

Elena Sierra

Suscrito y jurado delante de mi este dia 17 de febrero de 2004.

*Veronica Halpine*

Veronica Halpine, Abogada

State of Connecticut

County of Hartford

s. s. Hartford, CT February 17, 2004

AFFIDAVIT

1. My name is Elena Sierra.

2. I am over the age of eighteen and understand the obligations of an oath.

3. I live in Hartford and have no minor children.

4. I do not speak English. I stopped going to school after the fifth grade. My home life as a child was very difficult.

5. I have been hospitalized five times in the past year because of my depression. I hear voices that tell me to hurt myself by drinking Clorox bleach. As a younger woman I tried to kill myself in this manner.

6. I have been getting help from DSS, but I do not get any cash assistance. I told my worker I needed cash assistance last year. I explained that I had depression. But the worker told me I could only get medical and food stamps assistance.

7. I am not sure the name of the worker I spoke to. I have had my worker changed many times and cannot recall their names.

8. During the year 2003 I was hospitalized at the Institute of Living from June 9th through 17th, June 23d through the 30th, July 2nd through August 29', September 9' through September 15' and September 22d through October 29h. I take Trazodone, Konopin, Zoloft and Abilify, to help me with my nerves. I get confused and do not always remember to take my medications.

10 . Before I left the hospital in October 2003, my therapist wrote to DSS asking them to put me on better medical coverage, so that I might be able to have a nurse visit me at home, to help be sure I take my medications.

11. 1 never got this medical coverage, but I have never gotten a notice saying that I was denied.

12. 1 will see my worker on February 19, 2004 and will ask again about getting cash and Medicaid.

13. 1 have applied for Supplemental Security Income (SSI) and will have a hearing soon.

14. 1 have not been able to work for several years because of my health problem. I really need help and do not understand why the State won't allow me to get cash or medical assistance that would pay for the help I need to get better.

                              Elena Sierra

Subscribed and sworn to before me this 17thh day of February, 2004.

                              Veronica Halpine, Attorney

# AFFIDAVIT

I, Veronica Halpine, having been duly sworn, do hereby depose and state the following:

1. I am over the age of eighteen.

2. I understand the obligations of an oath.

3. I speak both English and Spanish and I am competent to translate from Spanish to English.

4. The attached document is a true and accurate English translation of the affidavit executed by Elena Sierra on February 17, 2004.

_____
Veronica Halpine

Subscribed and sworn to before me this ___17th___ day of February, 2004.

_____
Notary Public

Subscribed and sworn to before me this 17TH day of Feb., 2004

NOTARY PUBLIC
DATE COMMISSION EXPIRES 10/31/08