UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, CARMEN GONZALEZ, MIGDALIA MENDEZ, KIMBERLY DADE, MARY PAVLIK, DARRYL PAULDING, TERRI KEATON, ELMORE SWEET, JUDITH SHEPAUM, GLORIA GORDON, KAREN MORIN and DONNA MCMAHON<br>    Plaintiffs,<br>    Individually and as representatives<br>    of all persons similarly situated<br>  v.<br><br>JOHN ROWLAND, Governor of<br>Connecticut, PATRICIA WILSON-COKER<br>Commissioner of the Connecticut<br>Department of Social Services,<br>In their official capacities,<br>    Defendants    : | CIVIL ACTION NO. 303 CV 0118 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>MARCH 5, 2004 |

**MEMORANDUM IN OPPOSITION OF MOTION TO INTERVENE ARIEL LOPEZ**

    The plaintiffs have filed a motion to intervene Ariel Lopez as an intervening plaintiff. The defendant objects to said motion because it is untimely.

    This action was filed on January 16, 2003. Pursuant to Paragraph 2(a) of the standard Order on Scheduling in Civil Cases, unless otherwise ordered by the presiding Judge, all motions related to joinder of parties were due within 60 days after the filing of the Complaint, or by March 17, 2003. The parties' March 4, 2003 Planning Meeting Report jointly requested a deadline of April 15, 2003 to file motions to join additional parties or to file motions to amend the pleadings. The scheduling order issued by Judge Arterton on April 11, 2003 was silent on the question of a deadline for joinder of parties, and provided that any amended pleading must be filed by April 29, 2003. Since the Scheduling Order of April 11, 2003, did not modify the

deadline for joinder of parties set by the Standard Order, the 60 day deadline (from the filing of the Complaint), or March 17, 2003 remains in effect. The motion to intervene Ariel Lopez is filed <u>almost one year after the deadline for adding new parties</u>, and should be denied accordingly as untimely.

The fact that a motion for class certification is pending (based upon the first amended complaint) further supports denial of the motion to intervene Ariel Lopez. Plaintiffs represent in that motion that the existing plaintiffs are adequate and appropriate class representatives, and that the claims of the existing named plaintiffs are "representative" and "typical" of the claims of the class as a whole. Intervention of proposed intervenor Ariel Lopez, therefore, is not only untimely, intervention is also unnecessary and will cause additional delay and burden due to the need to conduct additional discovery. No exceptional reason is present to warrant the intervention of an additional plaintiff. Specifically, there is no threat of mootness to the claims of the plaintiffs.

Plaintiffs' motion to intervene Ariel Lopez should be denied for all of the foregoing reasons.

        THE DEFENDANTS

        JOHN ROWLAND, GOVERNOR
        STATE OF CONNECTICUT

        PATRICIA WILSON-COKER,
        COMMISSIONER,
        DEPARTMENT OF SOCIAL SERVICES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:  __/s/_____
    Hugh Barber
    Assistant Attorney General
    Federal Bar No. ct05731
    55 Elm Street
    P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5210
    Fax: (860) 808-5385

**CERTIFICATION**

I hereby certify that a copy of the foregoing **Memorandum in Opposition of Motion to Intervene Ariel Lopez** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of March, 2004, first class postage prepaid to:

Shirley Bergert, Esq.
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 258
Willimantic, CT 06226

Lucy Potter, Esq.
Greg Bass, Esq.
Connecticut Legal Services, Inc.
999 Asylum Avenue
3rd Floor
Hartford, CT 06105-2465

Sharon Langer, Esq.
Caitlin J. Simon, Esq.
Connecticut Legal Services, Inc.
587 Main Street
New Britain, CT 06051

Nadine Nevins, Esq.
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604

Amy D. Marx, Esq.
Connecticut Legal Services
20 Summer Street
Stamford, CT 06901

Joanne Gibau, Esq.
New Haven Legal Services
426 State Street
New Haven, CT 06510

/s/_____
Hugh Barber
Assistant Attorney General