UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, CARMEN GONZALEZ, <br> MIGDALIA MENDEZ, KIMBERLY DADE, <br> MARY PAVLIK, DARRYL PAULDING, <br> TERRI KEATON, ELMORE SWEET, <br> JUDITH SHEPAUM, GLORIA GORDON, <br> KAREN MORIN and DONNA MCMAHON <br>   Plaintiffs, <br>   Individually and as representatives <br>   of all persons similarly situated <br>   v. <br><br> JOHN ROWLAND, Governor of <br> Connecticut, PATRICIA WILSON-COKER <br> Commissioner of the Connecticut <br> Department of Social Services, <br> In their official capacities, <br>   Defendants                                           : | CIVIL ACTION NO.  303 CV 0118  (JBA) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> MARCH 5, 2004 |

### MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT

The defendants move to strike plaintiffs' Second Amended Complaint on the basis that said complaint was simply filed by the plaintiffs, without a supporting motion and without obtaining leave of court as is required by Rule 15(a) of the Federal Rules of Civil Procedure.

.

                THE DEFENDANTS JOHN ROWLAND, GOVERNOR
                STATE OF CONNECTICUT
                PATRICIA WILSON-COKER,COMMISSIONER
                DEPARTMENT OF SOCIAL SERVICES
                RICHARD BLUMENTHALATTORNEY GENERAL

        BY:__/s/_____
            Hugh Barber
            Assistant Attorney General
            Federal Bar No.  ct05731
            55 Elm Street  P.O. Box 120
            Hartford, CT  06141-0120
            Tel: (860) 808-5210 Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion to Strike Plaintiffs' Purported Second Amended Complaint** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this DAY 5th of March , 2004, first class postage prepaid to:

Shirley Bergert, Esq.
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 258
Willimantic, CT 06226

Lucy Potter, Esq.
Greg Bass, Esq.
Connecticut Legal Services, Inc.
999 Asylum Avenue
3rd Floor
Hartford, CT 06105-2465

Sharon Langer, Esq.
Caitlin J. Simon, Esq.
Connecticut Legal Services, Inc.
587 Main Street
New Britain, CT 06051

Nadine Nevins, Esq.
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604

Amy D. Marx, Esq.
Connecticut Legal Services
20 Summer Street
Stamford, CT 06901

Joanne Gibau, Esq.
New Haven Legal Services
426 State Street
New Haven, CT  06510

/s/_____
Hugh Barber
Assistant Attorney General