UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, CARMEN GONZALEZ, MIGDALIA MENDEZ, KIMBERLY DADE, MARY PAVLIK, DARRYL PAULDING, TERRI KEATON, ELMORE SWEET, JUDITH SHEPAUM, GLORIA GORDON, KAREN MORIN and DONNA MCMAHON<br>*Plaintiffs*,<br>Individually and as representatives of all persons similarly situated<br>v.<br><br>JOHN ROWLAND, Governor of Connecticut, PATRICIA WILSON-COKER Commissioner of the Connecticut Department of Social Services, In their official capacities,<br>*Defendants* | CIVIL ACTION NO. 303CV 0118 (MRK)<br><br><br><br><br><br><br><br><br><br>March 16, 2004 |

### MEMORANDUM IN OPPOSITION OF MOTIONS OF SUNDRA EVANS AND ELENA SIERRA TO INTERVENE

The plaintiffs have moved to intervene two additional individuals, Sundra Evans and Elena Sierra, as plaintiffs in this case. These two additional intervenors are in addition to proposed intervenor Ariel Lopez, whose motion to intervene is pending before this Court. The defendant objects to intervention of these two additional proposed intervenors essentially on the same grounds that the defendant objected to the proposed intervention of Ariel Lopez: the complaints of intervention are untimely, unnecessary, and will further delay and complicate the proceeding by requiring additional discovery.

This action was filed on January 16, 2003. Pursuant to Paragraph 2(a) of the standard Order on Scheduling in Civil Cases, unless otherwise ordered by the presiding Judge, all motions related to joinder of parties were due with 60 days after the filing of the Complaint, or by March

17, 20003. The parties' March 4, 2003 Planning Meeting Report jointly requested a deadline of April 15, 2003 to file motions to join additional parties or to file motions to amend the pleadings. The scheduling order issued by Judge Arterton on April 11, 2003 was silent on the question of a deadline of rejoinder of parties, and provided that any amended pleading must be filed by April 29, 2003. Since the Scheduling Order of April 11, 2003, did not modify the deadline for joinder of parties set by the Standard Order, the 60 day deadline (from the filing of the Complaint), or March 17, 2003 remains in effect. The motions to intervene Sundra Evans and Elena Sierra are filed <u>almost one year after the deadline for adding new parties</u>, and should be denied accordingly as untimely.

The fact that a motion for class certification is pending (based upon the first amended complaint) further supports denial of intervention by Sundra Evans and Elena Sierra. Plaintiffs represent in that motion that the existing plaintiffs are adequate and appropriate class representatives, and that the claims of the existing named plaintiffs are "representative" and "typical" of the claims of the class as a whole. Intervention of proposed intervenors Sundra Evans and Elena Sierra therefore, is not only untimely, intervention is also unnecessary and will cause additional delay and burden due to the need to conduct additional discovery. No exceptional reason is present to warrant the intervention of two additional plaintiffs. Specifically, there is no threat of mootness to the claims of the plaintiffs.

Plaintiffs motion to intervene Sundra Evans and Elena Sierra should be denied for all of the foregoing reasons.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS

JOHN ROWLAND, GOVERNOR
STATE OF CONNECTICUT

PATRICIA WILSON-COKER
COMMISSIONER
DEPARTMENT OF SOCIAL SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Hugh Barber
Assistant Attorney General
Federal Bar No. ct 05731
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
hugh.barber@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Memorandum in Opposition of Motions of Sandra Evans and Elena Sierra to Intervene** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of March, 2004, first class postage prepaid to:

Lucy Potter
Gregory Lee Bass
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

Shirley J. Bergert
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226

Priya Sinha Cloutier
Connecticut Legal Services, Inc.
153 Williams Street
New London, CT 06320

Caitlin J. Simon
Connecticut Legal Services
587 Main Street
New Britain, CT 06051

Joanne G. Gibau
New Haven Legal Assistance
426 State Street
New Haven, CT 06510-2018

Amy D. Marx
Connecticut Legal Services, Inc.
20 Summer Street
Stamford, CT 06901-2304

Maria N. Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

_____
Hugh Barber
Assistant Attorney General