UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al* | : | CIVIL ACTION NO. 303 CV 0118 MRK |
| Plaintiffs, | : | |
| Individually and as | : | |
| persons similarly situated, | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHN ROWLAND, Governor of Connecticut, PATRICIA WILSON-COKER, Commissioner of the Connecticut Department of Social Services, In their official capacities, | : : : : : | March 19, 2004 |
| Defendants. | : | |

**WITHDRAWAL OF MOTIONS TO INTERVENE**

Ariel Lopez, Elena Sierra and Sundra Evans hereby withdraw, through undersigned counsel of record, their motions to intervene in the above-captioned action, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, filed, respectively, on February 25, March 5 and March 8, 2004. Each proposed intervenor is currently a member of the plaintiff class, as subsequently defined and certified by the Court in its Order of March 12, 2004, pursuant to Rule 23 of the Federal Rules of Civil Procedure. Since their interests as disabled persons attempting to access benefits, programs and services from the Department of Social Services are now protected by virtue of being included in the plaintiff class, their motions are now moot

and will be withdrawn.

RESPECTFULLY SUBMITTED,

Elena Sierra, Ariel Lopez and Sundra Evans

_____

BY: Lucy Potter(ct23449)
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd floor
Hartford, Connecticut 06105-2465
Phone 860.541.5002
Fax: 860.541.5050
E-Mail:lpotter@ghla.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Motions to Intervene was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on March 19, 2004, by first class mail, postage pre- paid, and addressed to:

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

_____

Lucy Potter