UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI  RAYMOND, *et al.* | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 303CV0118 (MRK) |
| Individually and on behalf of all | : | |
| other persons similarly situated, | : | March 24, 2004 |
| | : | |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), the plaintiffs respectfully move for leave to file the attached Second Amended Complaint.  As grounds therefor, plaintiffs respectfully submit the following:

1.  Plaintiffs previously filed their Second Amended Complaint on February 23, 2004, per leave of the Court granted orally at a hearing on January 22, 2004.

2.  Defendants will suffer  no prejudice by plaintiffs' filing of the Second Amended Complaint, since the amended portions do not reflect surprise allegations in any way.   The Second Amended Complaint refines  the allegations as to the role of the defendant Governor in the series of events leading to an alleged systemic deprivation by the Governor and the defendant Department of Social Services (DSS) Commissioner of

the reasonable accommodation rights of plaintiffs under the Americans with Disabilities

Act and Section 504 of the Rehabilitation Act of 1973.   Plaintiffs made these allegations

in their  Opposition to Defendants' Motion to Dismiss the Defendant Governor dated

October 21, 2003 and subsequently in response to questions from the Court  during oral

argument on January 22, 2004.  The Second Amended Complaint also includes updated

factual allegations regarding each of the named plaintiffs to reflect their current status

with respect to receipt of DSS-administered benefits.

3.   Defendants are not hampered in any aspects of discovery by the amendment of

plaintiffs' Complaint, since they have not commenced discovery in this matter to date.  In

addition, defendants have not relinquished any remedies of responsive pleading, either by

answer or motion to dismiss, if appropriate.

4.   Leave to amend should be freely granted to plaintiffs, as justice so requires,

pursuant to Rule 15(a).


Respectfully submitted,
Plaintiffs


_____/s/_____
BY: Greg Bass (ct18114)
Greater Hartford Legal Aid
999 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465
Phone: 860.541.5018
Fax: 860.541.5050
E-Mail: gbass@ghla.org

<u>CERTIFICATION</u>

I hereby certify that the foregoing Plaintiffs' Motion for Leave to File Second

Amended Complaint was served in accordance with Rule 5(b) of the Federal Rules of

Civil Procedure on this 24th day of March 2004,  by U.S. mail, first class, postage pre-

paid and addressed to:

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

_____/s/_____
Greg Bass