UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 303CV0118 (MRK) |
|     Individually and on behalf of all | : | |
|     other persons similarly situated, | : | March 24, 2004 |
| | : | |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
|     Defendants. | : | |

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), the plaintiffs respectfully move for leave to file the attached Second Amended Complaint. After a responsive pleading has been filed, "a party may amend the party's pleading only by leave of court ... and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "The rule in this Circuit has been to allow a party to amend its pleadings in the absence of a showing by the nonmovant of prejudice or bad faith." Block v. First Blood Assoc., 988 F.2d 344, 350 (2d Cir. 1993). Plaintiffs amply meet this standard in the instant matter.

Defendants will suffer no prejudice whatsoever by the Court's granting leave to amend plaintiffs' complaint. "In determining what constitutes 'prejudice,' we consider whether the assertion of the new claim would: (i) require the opponent to expend

significant additional resources to conduct discovery and prepare for trial; (ii) significantly delay the resolution of the dispute. . . .." Id.  A lack of prejudice to defendants is demonstrated in three aspects.

First, the Court in fact granted leave to amend the complaint orally at the motion hearing conducted on January 22, 2004, as is demonstrated in Plaintiffs' Opposition to Defendants' Motion to Strike Plaintiffs' Second Amended Complaint, also filed today with the Court.  Plaintiffs are filing this motion to amend in order to completely negate any argument by defendants that they have failed to comply with the Federal Rules of Civil Procedure, in connection with the amendment of their pleading.

Second,  the allegations in the Second Amended Complaint simply refine the allegations as to the role of the defendant Governor in the series of events leading to an alleged systemic deprivation by the Governor and the defendant Department of Social Services (DSS) Commissioner of the reasonable accommodation rights of plaintiffs under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.  Given the prior notice to defendants of these amendments related to the defendant Governor, defendants are without prejudice as to the inclusion of these allegations in the Second Amended Complaint. The Second Amended Complaint also includes updated information regarding each of the named plaintiffs to reflect their current status with respect to their receipt of DSS-administered benefits and services.  The inclusion of such information is clearly relevant to the pending action which pertains to the ongoing harm of the plaintiff class, and the patterns and practices of DSS with regards to its treatment of persons with disabilities.  *See* discussion in Plaintiffs' Opposition to Defendants' Motion

to Strike Plaintiffs' Second Amended Complaint, also filed today with the Court, at p. 5.

Finally, defendants should not be heard to complain that they are hampered in their discovery efforts by the amendment of plaintiffs' Complaint, since they have not commenced any discovery in this matter to date. In addition, allowing the amendment will not force defendants to relinquish any remedies of responsive pleading, either by answer or motion to dismiss, if appropriate.

## **CONCLUSION**

Based on the foregoing, plaintiffs respectfully ask that this Court grant them leave to file a Second Amended Complaint.

Respectfully submitted,
Plaintiffs

_____/s/_____
BY: Greg Bass (ct18114)
Greater Hartford Legal Aid
999 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465
Phone: 860.541.5018
Fax: 860.541.5050
E-Mail: gbass@ghla.org

CERTIFICATION

I hereby certify that the foregoing Memorandum in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of March 2004, by U.S. Mail, first class, postage pre- paid and addressed to:

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

_____/s/_____
Greg Bass