UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 303CV0118 (MRK) |
|    Individually and on behalf of all | : | |
|    other persons similarly situated, | : | March 24, 2004 |
| | : | |
| | : | |
| V. | : | |
| | : | CLASS ACTION |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
|    Defendants. | : | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

The defendants' motion for leave to file a supplemental brief in opposition to plaintiffs' motion for class certification should be denied. The Court granted the plaintiffs' motion for class certification by its Order dated March 12, 2004. Defendants' motion is thus moot and as such should be denied.

                                                                         Respectfully submitted,
                                                                         Plaintiffs

                                                                       _____/s/_____
                                                                       BY: Greg Bass (ct18114)
                                                                       Greater Hartford Legal Aid
                                                                       999 Asylum Ave., 3rd Floor
                                                                       Hartford, CT 06105-2465
                                                                       Phone: 860.541.5018
                                                                       Fax: 860.541.5050
                                                                       E-Mail: gbass@ghla.org

CERTIFICATION

I hereby certify that the foregoing Plaintiffs' Opposition to Defendants' Motion for Leave to File Supplemental Brief in Opposition to Motion for Class Certification was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of March 2004, by U.S. mail, first class, postage pre- paid and addressed to:

Hugh Barber, Esq.
Peter Brown, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

_____/s/_____
Greg Bass