UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| Plaintiffs, | : | NO.   3:03cv0118 (MRK) |
| v. | : | |
| JOHN ROWLAND, et al., | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion for Withdrawal of Motions to Intervene [doc. #79] is GRANTED. Ariel Lopez's Motion to Intevene [doc. #66] is DENIED as moot. Motion to Intervene Elena Sierra [doc. #70] is DENIED as moot. Motion to Intervene Sundra Evans [doc. #72] is DENIED as moot.

Plaintiffs' Revised Motion for Withdrawal of Karen Morin, Donna McMahon, Carmen Gonzalez, Judith Shepaum, and Gloria Gordon as Named Plaintiffs [doc. #65] is GRANTED. Plaintiffs' Motion for Withdrawal of Karen Morin, Donna McMahon, Carmen Gonzalez, Judith Shepaum, and Gloria Gordon as Named Plaintiffs [doc. #64] is DENIED as moot. Plaintiff's Motion for Withdrawal of Karen Morin, Donna McMahon, Judith Shepaum, and Gloria Gordon as Plaintiffs [doc. #63] is DENIED as moot.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: March 25, 2004