UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 303CV0118 (MRK) |
| Individually and on behalf of all | : | |
| other persons similarly situated, | : | |
| | : | |
| V. | : | |
| | : | April 12, 2004 |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | |
| of the State of Connecticut Department of | : | |
| Social Services, | : | CLASS ACTION |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR REFERRAL TO MAGISTRATE JUDGE GARFINKEL TO FACILITATE SETTLEMENT NEGOTIATIONS

Pursuant to Federal Rule of Civil Procedure 16 and Local Rules of Civil Procedure 16(c) and 77.2, Plaintiffs respectfully move this Court for referral of this matter to the Honorable Magistrate Judge William I. Garfinkel for the purpose of facilitating settlement negotiations. Plaintiffs state the following in support thereof:

1

1. This action was commenced on January 16, 2003, to challenge the lack of reasonable accommodations afforded by Defendants to disabled individuals attempting to access and maintain eligibility for benefits, programs and services of the Connecticut Department of Social Services (DSS), in violation of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.

2. The Court has previously suggested that the parties explore potential settlement options, utilizing the services of Magistrate Judge Garfinkel.

3. To date, counsel for the parties have engaged in one formal session of in-person negotiations in the context of this litigation. Plaintiffs' counsel have additionally furnished written comments to Defendants' counsel on proposed changes in agency regulations regarding procedures for accommodating disabled individuals seeking to access or maintain DSS administered benefits. To date, the parties have not settled any aspect of the case, nor have further settlement discussions been scheduled or conducted.

4. Plaintiffs submit that, with the assistance of Magistrate Judge Garfinkel, the parties may be able to engage in more productive discussions which should yield a narrowing of the issues remaining for trial, and which could provide a basis for settlement of this matter.

5. Accordingly, Plaintiffs respectfully request the Court refer this action to Magistrate Judge Garfinkel for the purpose of scheduling and facilitating settlement discussions between the parties.

Respectfully submitted,
Plaintiffs

BY: /s/ Shirley Bergert
Shirley Bergert (ct09328)
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226
Phone: 860.456.1761 x.115
Fax: 860.456.7420
E-Mail: sbergert@connlegalservices.org
Their Attorney

CERTIFICATION

I hereby certify that a copy of the foregoing "Plaintiffs' Motion for Referral to Magistrate Judge Garfinkel to Facilitate Settlement Negotiations" was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of April 2004, by U.S. mail, first class, postage prepaid and addressed to:

Hugh Barber
Peter Brown
Richard J. Lynch
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

/s/ Shirley Bergert
Shirley Bergert (ct09328)
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226
Phone: 860.456.1761 x.115
Fax: 860.456.7420
E-Mail: sbergert@connlegalservices.org