UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.   3:03cv0118 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOHN ROWLAND, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion for Leave to File Second Amended Complaint [doc. #81] is GRANTED. Defendant's Motion to Strike Second Amended Complaint [doc. #75] is DENIED. Plaintiff's Motion for Joinder of Governor John Rowland as Defendant [doc. #62] is GRANTED. The Court explicitly granted Plaintiff the right to amend its complaint at oral argument on January 22, 2004, and contemplated that the amendments might go beyond the Governor. Plaintiff has complied timely with the Court's directive.

The Court clarifies that the governing definition of the class is that specified by the Court in the March 12, 2004 opinion [doc. #77], regardless of conflicting language, if any, in Plaintiff's Second Amended Complaint.

Defendant makes vague allegations of prejudice stemming from the changes introduced in the Second Amended Complaint. If Defendant has been prejudiced by the amendments and, as a result, needs relief from the currently governing discovery order, Defendant can make a motion describing the prejudice and seeking extension of the discovery order, which the Court is prepared to consider favorably.

IT IS SO ORDERED.

/s/    Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: April 26, 2004