UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al | : | CIVIL ACTION NO. |
| | : | 303CV0118 (MRK) |
| v. | : | |
| JOHN ROWLAND, in his official | : | |
| Capacity as Governor of the State of | | |
| Connecticut, and PATRICIA | | |
| WILSON-COKER, in her official capacity | | |
| as Commissioner of the State of | | |
| Connecticut Department of Social Services | : | |
| *Defendants* | : | MAY 3, 2004 |

## DEFENDANTS' MOTION TO QUASH SUBPOENAS

Pursuant to Fed. R. Civ. P. 45 (c)(3)(A)(iii) the defendants move to quash subpoenas served on Ms. Silvana Flattery and Ms. Frances Freer, dated April 16, 2004, to the extent said subpoenas call for the production of confidential client-identifying information related to individuals who do not appear to be classmembers. A Memorandum of Law accompanies this Motion to Quash.

DEFENDANTS

BY:   RICHARD BLUMENTHAL
      ATTORNEY GENERAL

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Peter L. Brown
Assistant Attorney General
Federal Bar No. 12132
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Email: Peter.brown@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion to Quash** was mailed, first class, postage prepaid, and faxed this 3rd day of May, 2004, to:

Lucy Potter, Esq.
Maria Morelli-Wolfe, Esq.
Greg Bass, Esq.
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, Connecticut 06105

Joanne Gibau, Esq.
New Haven Legal Assistance
426 State Street
New Haven, CT 06510

Shirley Bergert, Esq.
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226

Priya Cloutier, Esq.
Connecticut Legal Services
153 Williams Street
New London, CT 06320

_____
Peter L. Brown
Assistant Attorney General