UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Friday, April 30, 2004
8:30 a.m.

CASE NO. **3:03cv118 MRK**   Raymond v Rowland, et al

Hugh Barber
Attorney General's Office
Health & Human Services
55 Elm St., Po Box 120
Hartford, CT 06141-0120

STATUS CONFERENCE HELD
DATE: 4/30/04
15 min.

Gregory Lee Bass
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

Shirley J. Bergert
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226

Peter L. Brown
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06101-0120

Priya Sinha Cloutier
Connecticut Legal Services, Inc.
153 Williams Street
New London, CT 06320

Joanne G. Gibau
New Haven Legal Assistance
426 State St.
New Haven, CT 06510-2018

Richard J. Lynch
Attorney General's Office
Health & Human Services
55 Elm St., Po Box 120
Hartford, CT 06101

Amy D. Marx
Connecticut Legal Services, Inc.
20 Summer St.
Stamford, CT 06901-2304

Maria N. Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

Lucy Potter
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

Caitlin J. Simon
Connecticut Legal Services
587 Main St.
New Britain, CT 06051

                            BY ORDER OF THE COURT
                            KEVIN F. ROWE, CLERK