UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.   3:03cv0118 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOHN ROWLAND, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

Plaintiff's Motion For Referral To Magistrate Judge Garfinkel To Facilitate Settlement Negotiations [doc. #85], dated April 12, 2004, is GRANTED. This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____   To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____   A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**   A settlement conference (orefmisc./cnf.)

____   A conference to discuss the following: (orefmisc./cnf.)

____   Other: (orefmisc./misc)

SO ORDERED this __4th__ day of __May__, __2004__ at New Haven, Connecticut.

/s/          Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE