**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LORI RAYMOND, et al | : | CIVIL ACTION NO. |
| | : | 303CV0118 (MRK) |
| | : | |
| | : | |
| v. | : | |
| JOHN ROWLAND, in his official | : | |
| Capacity as Governor of the State of | | |
| Connecticut, and PATRICIA | | |
| WILSON-COKER, in her official capacity | | |
| as Commissioner of the State of | | |
| Connecticut Department of Social Services | : | |
| *Defendants* | : | MAY 7, 2004 |

**MOTION FOR EXTENSION OF TIME AND ADJUSTMENT OF
SCHEDULING ORDER**

The defendants move for a three –month extension of time until September 3, 2004 for

the completion of fact discovery.  In addition, defendants request that the scheduling order be ad-

justed forward by three months.  In support thereof, defendants represent that they have ex-

pressed to the Court a willingness to enter into settlement negotiations with the assistance of

Magistrate Garfinkel, while at the same time proceeding with discovery.  Defendants provided

the plaintiffs with a draft of its proposed regulations regarding applicants and recipients with

disabilities and are awaiting comments from the plaintiffs before finalizing these regulations.

Defendants are also in the process of responding to several different discovery requests, includ-

ing a

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

new round of depositions. Defendants are also in the process of scheduling depositions for members of the class. Despite due diligence, defendants will be unable to complete discovery by June 1, 2004.

Accordingly, defendants request that the deadline for fact discovery be extended by three months, and that all other scheduling deadlines be adjusted accordingly.

The following are the proposed revisions to the scheduling order:

1. Discovery completed: current deadline- 6/1/04; proposed deadline- 9/1/04

2. Motion for summary judgment: current deadline-11/15/04; proposed deadline-2/15/05

3. Status conference: proposed deadline-1/15/05

4. Plaintiffs designate experts: current deadline-6/1/04; proposed deadline-9/1/04

5. Defendants' deposition of plaintiffs' experts: current deadline-7/1/04; proposed deadline-10/1/04

6. Defendants designate experts: current deadline-8/1/04; proposed deadline-11/01/04

7. Plaintiffs' deposition of defendants' experts: current deadline-9/1/04; proposed deadline-12/01/04

8. Plaintiffs' designation of rebuttal experts: current deadline-10/15/04; proposed deadline-1/15/05

9. Defendants' deposition of plaintiffs' rebuttal experts: current deadline-11/1/04; proposed deadline-2/1/05

10. Dispositive motions: current deadline-12/1/04; proposed deadline-3/1/05

11.  Submission of Joint Trial Memorandum: current deadline-1/15/05, or within 60 days of ruling on dispositive motions; proposed deadline-4/15/05, or within 60 days of ruling on dispositive motions

12.  Ready for trial: current deadline-4/2/05; proposed deadline-7/2/05

The plaintiffs have consented to the defendants' request for a three month extension of the deadline for fact discovery and adjustment of the scheduling order as set forth above.  This is the defendants' first motion for extension of time for the completion of fact discovery.

DEFENDANTS

BY:   RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

_____
Peter L. Brown
Assistant Attorney General
Federal Bar No. 12132
55 Elm Street, 5th Floor
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax: (860) 808-5385
Peter.Brown@po.state.ct.us

4

## CERTIFICATION

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME AND ADJUSTMENT OF SCHEDULING ORDER   was mailed, first class, postage prepaid, and faxed this 7th day of May, 2004, to:

Lucy Potter, Esq.
Maria Morelli-Wolfe, Esq.
Greg Bass, Esq.
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, Connecticut  06105

Joanne Gibau, Esq.
New Haven Legal Assistance, Inc.
426 State Street
New Haven, CT  06510

Shirley Bergert, Esq.
Connecticut Legal Services
872 Main Street
Willimantic, Connecticut  06226

Priya Cloutier, Esq.
Connecticut Legal Services
153 Williams Street
New London, CT  06320

_____
Peter L. Brown
Assistant Attorney General