UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.* : | CIVIL ACTION NO. |
|    Plaintiffs, : | 303CV0118 (MRK) |
|    Individually and on behalf of all : | |
|    other persons similarly situated, : | |
| : | |
| V. : | |
| : | May 10, 2004 |
| JOHN ROWLAND, in his official : | |
| capacity as Governor of the State of : | |
| Connecticut, and : | |
| PATRICIA WILSON-COKER, in her : | |
| official capacity as Commissioner : | |
| of the State of Connecticut Department of : | |
| Social Services, : | CLASS ACTION |
| : | |
|    Defendants. : | |

## MOTION FOR DESIGNATION OF LEAD COUNSEL FOR THE PLAINTIFF CLASS

Plaintiffs respectfully move this Court for designation of attorneys Greg Bass and Shirley Bergert as lead co-counsel for the Plaintiff class in this action. Plaintiffs state the following in support thereof:

1. By order dated March 12, 2004, the Court certified the class in this action [#77]. The certified class includes disabled persons who reside throughout the state.

2. Individual named Plaintiffs representing the class are represented by attorneys employed by the three legal services programs within Connecticut. Each program serves a separate geographical area of the state. The three programs include Connecticut Legal Services,

1

Inc., Greater Hartford Legal Aid, and New Haven Legal Assistance Association, Inc.

3. From the inception of this litigation, attorneys from these programs have coordinated their efforts in this complex matter and will continue to do so throughout the pendency of the litigation. Attorneys Greg Bass and Shirley Bergert have assumed lead responsibilities in this coordination. Having two designated lead co-counsel ensures the availability of at least one attorney to oversee coordination, including addressing contacts by the Court and counsel for Defendants, as well as other matters in the course of litigation.

4. In the conference call between the parties and the Court on April 30, 2004, the Court requested that Plaintiffs file a motion for designation of lead counsel in this matter, and indicated a willingness to consider appointment of lead co-counsel. This motion reflects Plaintiffs' attorney team preference regarding the coordination of this litigation.

Accordingly, Plaintiffs respectfully request the Court designate attorneys Greg Bass and Shirley Bergert as lead co-counsel for the Plaintiff class.

Respectfully submitted,
Plaintiffs

BY:   /s/ Shirley Bergert
Shirley Bergert (ct09328)
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226
Phone: 860.456.1761 x.115
Fax: 860.456.7420
E-Mail: sbergert@connlegalservices.org
Their Attorney

CERTIFICATION

I hereby certify that a copy of the foregoing "Motion for Designation of Lead Counsel For The Plaintiff Class" was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of May 2004, by US mail, first class, postage prepaid and addressed to:

Hugh Barber
Peter Brown
Richard J. Lynch
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

      /s/ Shirley Bergert
      Shirley Bergert