UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| Plaintiffs, | : | NO.   3:03cv0118 (MRK) |
| v. | : | |
| JOHN ROWLAND, et al., | : | |
| Defendants. | : | |

## ORDER

Plaintiffs' Motion for Designation of Lead Counsel for the Plaintiff Class [doc. #95] is GRANTED, absent objection. Attorneys Greg Bass and Shirley Bergert are named lead co-counsel for the Plaintiff class in this action.

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: May 18, 2004