UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.   3:03cv0118 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOHN ROWLAND, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiffs' Motion For Extension Of Time To Respond To Defendants' Motion To Quash Subpoenas [doc. # 98], dated May 24, 2004, is hereby GRANTED. Plaintiffs shall respond to Defendants' Motion To Quash Subpoenas on or before **June 7, 2004**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 27, 2004