UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.   3:03cv0118 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN ROWLAND, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Defendant's Motion to Quash Subpoenas [doc. #90] is DENIED without prejudice on the basis of the parties' representation during a telephonic conference with the Court on June 4, 2004 that the parties have settled their differences and there is no need to adjudicate the merits of the motion.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 7, 2004