UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUG 12  10 44 AM '04

U. S. DISTRICT COURT
NEW HAVEN, CT.

| | | |
|---|---|---|
| LORI RAYMOND, et al | : | CIVIL ACTION NO. |
| | : | 303CV0118 (MRK) |
| | : | |
| | : | |
| v. | : | |
| JOHN ROWLAND, in his official | : | |
| Capacity as Governor of the State of | | |
| Connecticut, and PATRICIA | | |
| WILSON-COKER, in her official capacity | | |
| as Commissioner of the State of | | |
| Connecticut Department of Social Services | : | |
| *Defendants* | : | AUGUST 11, 2004 |

## ANSWER TO SECOND AMENDED COMPLAINT

1.  The defendants have insufficient knowledge to admit or deny the allegations in the first sentence of ¶ 1. The plaintiffs are left to their proof as to these allegations. The remainder of the allegations of ¶ 1 are denied.

2.  Paragraph 2 constitutes plaintiffs' summary of the allegations they make in the Complaint. To the extent a response is required, plaintiffs are left to their proof.

3.  Paragraph 3 constitutes plaintiffs' summary of the allegations they make in the Complaint to the extent a response is required, plaintiffs are left to their proof..

4.  Paragraph 4 is admitted.

5.  Paragraph 5 is admitted.

6.  Paragraph 6 is admitted, except for the words "and at times Food Stamps, depending on whether she receives child support." Defendants lack sufficient knowledge as to these allegations and leave the plaintiffs to their proof.

7. The first sentence of ¶ 7 is admitted. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

8. The defendants admit that Ms. Pavlik currently receives Qualified Medicare Beneficiary (QMB) Medicaid coverage from DSS and is in a spenddown status for regular Medicaid benefits. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

9. The defendants admit the first and third sentences of ¶ 9. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof. .

10. The defendants admit the first sentence of ¶ 10. The defendants admit that Ms. Keton herself as been a recipient of Medicaid since September 2001. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

11. The defendants admit the first and third sentences of ¶ 11. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

12. The defendants deny that Ms. Burdine lives in Willamantic. Defendants admit that Mr. Burdine receives Medicaid. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

13. The defendants neither admit nor deny the allegations in ¶ 13. Plaintiffs are left to their proof as to these allegations. Further, the defendants deny that John Rowland is presently the Governor of the State of Connecticut. Effective July 1, 2004, the Honorable M. Jodi Rell was sworn in as Governor of the State of Connecticut.

14. Paragraph 14 is admitted.

15. The defendants neither admit nor deny the allegations in ¶ 15. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

16. The defendants neither admit nor deny the allegations in ¶ 16. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

17. The defendants neither admit nor deny the allegations in ¶ 17. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

18. The defendants neither admit nor deny the allegations in ¶ 18. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

19. Paragraph 19 is denied.

20. Paragraph 20 is denied.

21. The defendants neither admit nor deny the allegations in ¶ 21. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

22. The defendants neither admit nor deny the allegations in ¶ 22. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

23. Paragraph 23 is denied.

4

24.  The defendants admit that portion of the first sentence of ¶ 24 that states that Ms. Raymond is a resident of Meriden.  The plaintiffs are left to their proof as to the remainder of the first sentence.  The defendants admit the second sentence of ¶ 24. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

25.  Paragraph 25 is denied.

26.  The first and second sentences of ¶ 26 are denied. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

27.  The defendants admit the first, second and third sentences of ¶ 27. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

28.  The defendants neither admit nor deny the allegations in ¶ 28. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leave the plaintiffs to their proof.

29.  The defendants neither admit nor deny the allegations in ¶ 29. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

30.  The defendants deny the allegations in ¶ 30 which states that there is no "green tag" disability flag on Ms. Mendez's file. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

31. The defendants admit that Ms. Dade receives TFA, Food Stamps and Medicaid. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

32. Regarding the allegations in ¶ 32, the defendants admit that a DSS social worker went to Ms. Dade's home on several occasions to assist her with paperwork and in securing needed documentation to establish ongoing eligibility. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

33. The defendants neither admit nor deny the allegations in ¶ 33. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

34. The defendants admit the first and third sentences of ¶ 34. The defendants lack sufficient information as to the remainder of the allegations of the paragraph and leaves the plaintiffs to their proof.

35. The defendants admit the first sentence of ¶ 35. The defendants lack sufficient information as to the remainder of the allegations of the paragraph. The defendants admit that Ms. Keaton herself as been a recipient of Medicaid since September 2001. The plaintiffs are left to their proof as to the remaining allegations of the paragraph.

36. The defendants admit the first and third sentences of ¶ 36. The defendants lack sufficient information as to the remainder of the allegations of the paragraph. Plaintiffs are left to their proof as to the remaining allegations of this paragraph.

37. The defendants deny the first sentence of ¶ 37. The defendants lack sufficient information as to the remainder of the allegations of the paragraph. The defendants neither admit nor deny the remaining allegations of this paragraph and leave the plaintiffs to their proof.

38.  The defendants neither admit nor deny the allegations in ¶¶ 38-53.  Plaintiffs are left to their proof as to these allegations.

39.  The defendants deny the allegations in ¶ 54 to extent that it is alleged that the defendant DSS operated an "office" in Ansonia and Killingly.  DSS provided limited functions at these locations.  The defendants admit to the remainder of the allegations in this paragraph.

40.  The defendants deny the allegations of ¶ 55.  The defendants admit that one of the reasons for the closure was to achieve fiscal budgetary savings for the agency, although this was not necessarily the sole or primary reason for the closure.

41.  The defendants neither admit nor deny the allegations of ¶ 56 and leave the plaintiffs to their proof.

42.  The defendants deny the allegations in ¶ 57.  The defendant Commissioner and her staff had informal discussions prior to the commencement of this action concerning the impact of the office closures on all applicants/recipients regarding their access to DSS benefits, programs or services, and not specifically with regard to the disabled.

42.  Paragraph 58 is denied.

43.  Paragraph 59 is denied.

44.  Paragraph 60 is denied.

45.  The first sentence of ¶ 61 is admitted, except for the word "significantly".  The second and third sentences are admitted. The remaining allegations of ¶ 61 are denied.

46.  Paragraph 62 is denied.

47.  Paragraph 63 is denied.

48.  Paragraph 64 is denied.

49.  Paragraph 65 is denied.

50. Paragraph 66 is denied.

51. Paragraph 67 is denied.

52. The defendants admit the first sentence of ¶ 68, except for the words "short-term" and "purportedly". The defendants deny the second sentence of ¶ 68.

53. Paragraph 69 is denied.

54. Paragraph 70 is denied.

55. The defendants deny the first sentence of ¶ 71. Defendants admit the second sentence of ¶ 71. Defendants admit the third sentence of ¶ 71, except for the word "significant".

56. The first and second sentences of ¶ 72 are denied. The remaining allegations of ¶ 72 are admitted.

57. Paragraphs 73-82 are denied.

58. The defendants neither admit nor deny the allegations in ¶¶ 83 and 84. Plaintiffs are left to their proof as to these allegations.

59. Paragraph 85 is denied.

60. Regarding ¶ 86, See the defendants' responses to ¶¶ 1-85.

61. Paragraph 87 is admitted.

62. The defendants neither admit nor deny the allegations in ¶ 88. Defendants lack sufficient knowledge as to these allegations and leave the plaintiffs to their proof.

63. The defendants neither admit nor deny the allegations in ¶ 89. Defendants lack sufficient knowledge as to these allegations and leave the plaintiffs to their proof.

64. Paragraph 90 is denied.

65. Regarding ¶ 91, see the defendants' responses to ¶¶ 1-90.

66. Paragraph 92 is denied.

67. Regarding ¶ 93,  see the defendants' responses to ¶¶ 1-92.

68.  The defendants neither admit nor deny the allegations in ¶ 94 and leave the plaintiffs to their proof.

69.  Paragraph 95 is denied.

70.  Regarding ¶ 96, see defendants' responses to ¶¶ 1-95.

71.  Paragraph 97 is admitted.

72.  The defendants neither admit nor deny the allegations of ¶ 98 and leave the plaintiffs to their proof.

73.  Paragraph 99 is denied.

74.  Regarding ¶ 100, see defendants' responses to ¶¶ 1-99.

75.  Paragraph 101 is admitted.

76.  Paragraph 102 is admitted.

77.  The defendants neither admit nor deny the allegations in ¶¶ 103-105 and leave the plaintiffs to their proof.

78.  Paragraph 106 is denied.

79.  Regarding ¶ 107, see defendants' responses to ¶¶1-106.

80.  Paragraph 108 is denied.

81.  Regarding ¶ 109, see defendants' responses to ¶¶ 1-108.

82.  Paragraph 110 is admitted.

83.  The defendants neither admit nor deny the allegations in ¶ 111 and leave the plaintiffs to their proof.

84.  Paragraph 112 is denied.

85.  Regarding ¶ 113, see defendants' responses to ¶¶ 1-112.

DEFENDANTS

BY:   RICHARD BLUMENTHAL
      ATTORNEY GENERAL

      Richard J. Lynch
      Assistant Attorney General

      _Peter L. Brown_

      Peter L. Brown
      Assistant Attorney General
      Federal Bar No. 12132
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5210
      Fax: (860) 808-5385
      E-mail: peter.brown@po.state.ct.us

11