UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 NOV -9  P 1: 38

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| LORI RAYMOND, CARMEN GONZALEZ, MIGDALIA MENDEZ, KIMBERLY DADE, MARY PAVLIK, DARRYL PAULDING, TERRI KEATON, ELMORE SWEET, JUDITH SHEPAUM, GLORIA GORDON, KAREN MORIN and DONNA MCMAHON<br>*Plaintiffs,*<br>Individually and as representatives of all persons similarly situated<br>v.<br><br>JOHN ROWLAND, Governor of Connecticut, PATRICIA WILSON-COKER Commissioner of the Connecticut Department of Social Services, In their official capacities,<br>*Defendants* | CIVIL ACTION NO. 3030118 (MRK)<br><br><br><br><br><br>NOVEMBER 8, 2004 |

## WITHDRAWAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT FOR NEW HAVEN.

Please enter my Withdrawal for the Defendant, State of Connecticut, Department of Social Services.

PLAINTIFF
DEPARTMENT OF SOCIAL SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

*/s/ Peter L. Brown*
Peter L. Brown, Fed. Bar No. ct12132
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax.: (860) 808-5385
Email:peter.brown@po.state.ct.u

1

**CERTIFICATION**

I hereby certify that a copy of the foregoing **Withdrawal** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of November 2004, first class postage prepaid to:

Lucy Potter
Gregory Lee Bass
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

Shirley J. Bergert
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226

Priya Sinha Cloutier
Connecticut Legal Services, Inc.
153 Williams Street
New London, CT 06320

Caitlin J. Simon
Connecticut Legal Services
587 Main Street
New Britain, CT 06051

Joanne G. Gibau
New Haven Legal Assistance
426 State Street
New Haven, CT 06510-2018

Amy D. Marx
Connecticut Legal Services, Inc.
20 Summer Street
Stamford, CT 06901-2304

Maria N. Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

_____
Peter L. Brown
Assistant Attorney General