UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, ET AL., | : | CIVIL ACTION NO. |
|     *Plaintiff*s | : | 303CV0118 (MRK) |
| | : | |
| V. | : | |
| | : | |
| JOHN ROWLAND, IN HIS OFFICIAL, | : | |
| CAPACITY AS GOVERNOR OF | : | |
| THE STATE OF CONNECTICUT, AND | : | |
| | : | |
| PATRICIA WILSON-COKER, IN HER | : | |
| OFFICIAL CAPACITY AS COMMISSIONER | | |
| OF THE STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
|     *Defendants* | | DECEMBER 7, 2004 |

**DEFENDANTS' UNCONTESTED MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

The defendants move for an extension of time to conduct depositions of plaintiffs' designated expert witnesses and for a corresponding modification of the scheduling order. In support thereof, the defendants represent that despite good faith efforts by all parties, the parties have not been able to schedule depositions of plaintiffs' experts within the existing time lines as a result of the experts' scheduling difficulties. Depositions are currently scheduled for two of plaintiffs' four experts (Rowe and Hoffman), for December 13 and January 20, respectively. The deposition of a third expert (Payne) still has to be scheduled as a result of her limited availability and extensive travel schedule. The defendant has determined not to depose a fourth designated expert (Blanck). The defendants therefore, request an extension of time until February 15, 2005 to conduct depositions of plaintiffs' experts.

The defendants also request modifications of the scheduling order as a result of the unavoidable delay in deposing plaintiffs' experts. The requested new deadlines are as follows:

    February 15, 2005 – deposition of plaintiffs' experts

    March 15, 2005 – designation of defendants' experts and production of expert reports

May 1, 2005 – deposition of defendants' experts

June 1, 2005 – designation of rebuttal experts

June 15, 2005 – deposition of rebuttal experts

June 15, 2005 – deadline for completion for all discovery.

September 1, 2005 – deadline for submission of dispositive motions, including summary judgment motions

October 14, 2005  - trial ready

November 15, 2005 – submission of trial briefs

A telephonic status conference is currently scheduled for February 15, 2005.  The Court may wish to re-schedule the status conference for a date after June 15, 2005, when discovery is to be closed under the proposed modified scheduling order.

The plaintiffs consent to this motion for an extension of time and to modify the scheduling order.

DEFENDANTS,

JOHN ROWLAND, GOVERNOR

PATRICIA WILSON-COKER,
COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____

Hugh Barber
Assistant Attorney General
Federal Bar No. ct 05731
P.O. Box 120
Hartford, CT 06141-0120
Tel.:  (860) 808-5210
Fax.: (860) 808-5385
E-mail.:hugh.barber@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Defendants' Uncontested Motion For An Extension of Time and to Modify the Scheduling Order** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of December, 2004, first class postage prepaid to:

Greg Bass, Esq.
Lucy Potter, Esq.
Maria Morelli-Wolfe, Esq.
Greater Hartford Legal Assistance
999 Asylum Ave, 3rd Floor
Hartford, CT  06105-2465

Shirley Bergert, Esq.
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT  06226

Priya Cloutier, Esq.
Connecticut Legal Services
P.O. Box 1208
153 Williams Street
New London, CT  06320

Joanne Gibau, Esq.
New Haven Legal Services
426 State Street
New Haven, CT  06510-2018

_____
Hugh Barber
Assistant Attorney General