UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN ROWLAND, in his official capacity as )<br>Governor of the State of Connecticut, and )<br>PATRICIA WILSON-COKER, in her )<br>official capacity as Commissioner of the State of )<br>Connecticut Department of Social Services, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>NO. 3:03CV0118 JBA<br><br>JUNE 23, 2005<br><br><br><br>CLASS ACTION |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. The parties anticipate potential difficulty complying with the Dec. 13, 2004 Second Modified Scheduling Order in this matter, in that the parties' dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) line of cases, are currently due on August 1, 2005. The parties are currently engaged in active settlement discussions on all issues in this action. The plaintiffs and the principal defendant, the Department of Social Services Commissioner, have reached a preliminary oral understanding which needs to be reduced to a writing that is mutually agreeable and reviewed and approved

by other agencies, which will take a period of time.

3. The parties wish to discuss with the Court their mutual request to extend the deadline for motions referenced in paragraph 2 above in order to permit the parties a reasonable opportunity to finalize settlement of this matter, at the telephonic status conference call currently scheduled for June 30, 2005, at 8:30 a.m.

4. The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

5. The parties do not mutually consent to a trial before a Magistrate Judge.

6. The parties estimate the length of trial, if held, to be two weeks.

DATED: June 23, 2005

Respectfully submitted,

_____
Greg Bass, Litigation Director
Federal Bar No. ct18114
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105
(860) 541-5018
(860) 541-5050 (fax)
gbass@ghla.org

_____
Hugh Barber, Assistant Attorney General
Federal Bar No. ct05731
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210
(860) 808-5385 (fax)
hugh.barber@po.state.ct.us

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed, United States Mail, First Class, postage prepaid, on this 23rd day of June, 2005, addressed to:

Hugh Barber, Esq.
Richard Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105

Priya Cloutier
Connecticut Legal Services, Inc.
153 Williams Street
New London, CT 06320

Joanne Gibau
New Haven Legal Assistance Assoc.
426 State Street
New Haven, CT 06510-2018

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226

_____
Greg Bass