UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al*, | : | CIVIL ACTION NO. 303 CV 0118 MRK |
| Plaintiffs, | : | |
| Individually and as | : | |
| persons similarly situated, | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHN ROWLAND, Governor of | : | |
| Connecticut, PATRICIA | : | |
| WILSON-COKER, Commissioner | : | July 13, 2005 |
| of the Connecticut Department of | : | |
| Social Services, | : | |
| In their official capacities, | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure for the United States District Court, Priya Sinha Cloutier requests leave to withdraw her appearance for the Plaintiffs. The Plaintiffs continue to be represented by the following counsel: Joanne Gibau, New Haven Legal Assistance Association, Inc.; Lucy Potter and Greg Bass, Greater Hartford Legal Aid; and Shirley Bergert, Connecticut Legal Services, Inc.

Respectfully Submitted
PLAINTIFFS,

By /s/ Priya Sinha Cloutier
Priya Sinha Cloutier
Fed. Bar. No. CT20598
Connecticut Legal Services, Inc.
153 Williams Street
New London, CT 06320
Tel. No.: (860)447-0323, X112
Fax No.: (860)443-0109
Email:pcloutier@connlegalservices.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing MOTION TO WITHDRAW APPEARANCE was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13 day of July 2005, first class postage prepaid to:

Hugh Barber, Esq.
Richard J. Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

Lucy Potter, Esq.
Greg Bass, Esq.
Greater Hartford Legal Assistance Association
999 Asylum Avenue, 3rd Floor
Hartford, CT 06195-2465

Joanne Gibau, Esq.
New Haven Legal Assistance Association
426 State Street
New Haven, CT 06510-2018

Shirley Bergert, Esq.
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 258
Willimantic, CT 06226-0258

Priya Sinha Cloutier