UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, et al., | : | |
| | : | |
| Plaintiffs, | : | NO.    3:03cv0118 (MRK) |
| v. | : | |
| | : | |
| JOHN ROWLAND, et al., | : | |
| Defendants. | : | |

## FOURTH MODIFIED SCHEDULING ORDER

The Court having conferred telephonically with the parties on September 14, 2005, the following modified schedule in this case shall govern:

1. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **December 1, 2005**.

2. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **January 1, 2006**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

3. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **January 1, 2006**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

4. **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **OCTOBER 17, 2005 AT 8:30 A.M**. Plaintiffs' counsel will initiate the conference call.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: September 16, 2005**.