UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.*, | : | |
| | : | |
| PLAINTIFFS, | : | CIVIL ACTION NO. |
| | : | NO.  303CV0118 (MRK) |
| v. | : | |
| | : | DECEMBER 20, 2005 |
| JOHN ROWLAND, in his official capacity as | : | |
| Governor of the State of Connecticut, and | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner of the State of | : | CLASS ACTION |
| Connecticut Department of Social Services, | : | |
| | : | |
| DEFENDANTS. | : | |

**JOINT STATUS REPORT**

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties remain actively engaged in settlement negotiations and are making significant progress resolving issues in this case. The parties are working from a draft settlement agreement and a "universal design" implementation plan to be incorporated in such settlement agreement, with relatively minor issues and language modifications remaining to be finalized.

2. Plaintiffs and the Defendant Commissioner of the Department of Social Services (DSS) have agreed to general time frames for carrying out the terms of the settlement agreement, including the "universal design" plan. The universal design plan implements a range of agency-wide procedural, architectural,  personnel, and policy modifications

      beneficial to applicants for and recipients of DSS assistance programs. Defendant DSS Commissioner is currently engaged in discussions with other state agency commissioners to determine feasible timeline commitments for designated tasks related to projected implementation of this universal design plan.

3. The parties seek to finalize all terms of a proposed settlement agreement and universal design plan so Defendants' counsel, the Attorney General, can submit a jointly agreed upon final settlement agreement to the Connecticut General Assembly for approval, pursuant to Conn. Gen. Stat. § 3-125a, when the legislative session opens on February 8, 2006. Pursuant to this statute, the General Assembly has thirty days to accept or reject such submission, and the submission is deemed approved if the General Assembly takes no action in this thirty-day period. Assuming full settlement is reached and approved by the General Assembly, the parties thereafter anticipate promptly seeking this Court's approval of the settlement pursuant to Fed. R. Civ. P. 23(e).

4. The parties jointly and respectfully request modification of the current scheduling order entered by the Court on October 21, 2005, to allow them to pursue and finalize settlement discussions, including:

    a. Extension to May 1, 2006 of the February 1, 2006 deadline for parties' dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the <u>Daubert v. Merrill Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) line of cases; and

    b. Extension to June 1, 2006 of the March 1, 2006 deadline for the parties' Joint Trial Memorandum if no dispositive motions are filed, or 30 days after the

Court's ruling on any dispositive motions.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Shirley Bergert | Hugh Barber, Assistant Attorney General |
| Federal Bar No. ct09328 | Federal Bar No. ct05731 |
| Connecticut Legal Services, Inc. | Office of the Attorney General |
| 872 Main St., PO Box 258 | 55 Elm St., P.O. Box 120 |
| Willimantic, CT 06226 | Hartford, CT 06141-0120 |
| 860.456.1761 x.115 | 860.808.5210 |
| fax: 860.456.7420 | fax: 860.808.5385 |
| sbergert@connlegalservices.org | hugh.barber@po.state.ct.us |

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed, United States mail, first class, postage prepaid, this 20th day of December 2005, to:

Richard Lynch
Assistant Attorneys General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass, Lucy Potter and Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105

Joanne Gibau
New Haven Legal Assistance Association
426 State Street
New Haven, CT 06510-2018

_____/s/_____
Shirley Bergert