UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 3:03CV0118 MRK |
| v. | ) | |
| | ) | MARCH 10, 2006 |
| JOHN ROWLAND, in his official capacity as | ) | |
| Governor of the State of Connecticut, and | ) | |
| PATRICIA WILSON-COKER, in her | ) | |
| official capacity as Commissioner of the State of | ) | CLASS ACTION |
| Connecticut Department of Social Services, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. As the parties have previously advised the Court, they continue to be actively engaged in settlement discussions in this action. They are making all reasonable efforts towards meeting the requisite statutory deadline of April 3, 2006 for submission of a planned settlement agreement to the Connecticut General Assembly to ensure consideration during the 2006 regular session ending May 3, 2006, prior to submission to this Court for its approval. These efforts are currently focused on assisting a retained consultative expert, Adaptive Environments (AE), to timely compile a report that will comment on a proposed "universal design" implementation plan drafted by

defendant Commissioner of the Department of Social Services (DSS), to be incorporated into the written settlement agreement. The steps that counsel for all parties have or are taking in this regard include:

    a. AE performed site visits and met with DSS staff at the DSS offices in Hartford, Bridgeport and Norwich.

    b. On March 7 and 8, 2006, AE staff conducted focus groups with DSS program beneficiaries that were organized by plaintiffs' counsel.

    c. AE will complete and issue its report with recommendations by March 24, 2006.

    d. Defendant commissioner will propose modification to her UD implementation plan based on AE's report and the parties will meet to attempt to resolve any issues in that modified plan so that the settlement can be submitted by the Attorney General's office to the Connecticut General Assembly.

3. The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

4. The parties do not mutually consent to a trial before a Magistrate Judge.

5.  The parties estimate the length of trial, if held, to be two weeks.

DATED: _March 10, 2006_

Respectfully submitted,

_____                      _____
Joanne Gibau, Attorney at Law                      Hugh Barber, Assistant Attorney General
Federal Bar No. ct05730                            Federal Bar No. ct05731
New Haven Legal Assistance                         Office of the Attorney General
426 State Street                                   55 Elm St., P.O. Box 120
New Haven, CT 06510                                Hartford, CT 06141-0120
(203) 946-4811, ext. 142                           (860) 808-5210
(203) 498-9271 (fax)                               (860) 808-5385 (fax)
jgibau@nhlegal.org                                 hugh.barber@po.state.ct.us

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed, United States Mail, First Class, postage prepaid, on this 10th day of March, 2006, addressed to:

Hugh Barber, Esq.
Richard Lynch, Esq.
Assistant Attorneys General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main St., PO Box 258
Willimantic, CT 06226

*[signature]*
Joanne Gibau