UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN ROWLAND, in his official capacity as )<br>Governor of the State of Connecticut, and )<br>PATRICIA WILSON-COKER, in her )<br>official capacity as Commissioner of the State of )<br>Connecticut Department of Social Services )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br>NO. 3:03CV0118 MRK<br><br>APRIL 4, 2006<br><br><br><br>CLASS ACTION |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. The parties continue to be actively engaged in settlement discussions in this action. The retained consultative expert, Adaptive Environments (AE), has compiled a report with recommendations for revisions of the proposed "universal design" (UD) implementation plan drafted by defendant Commissioner of the Department of Social Services (DSS). Due to the defendant's having to schedule internal meetings to discuss the report of this and obtain further approval of the expert's recommendations from the Office of the Governor and other state agencies, and despite reasonable efforts of both plaintiffs' and defendants' counsel, the parties were unable to meet the deadline of April 3, 2006 for submission of a settlement agreement to the Connecticut General Assembly prior to submission to this Court for its approval. The final plan will be incorporated into the written settlement agreement.

3.  The parties have reviewed AE's report. Defendant Commissioner will now propose modification to her UD implementation plan based on AE's report and the parties will meet on Friday, April 7, 2006 to attempt to resolve any issues in that modified plan. The plaintiffs and defendant Commissioner are hoping to negotiate a settlement agreement in time for submission to the legislature this session, subject to the approval of state budget officials, the Attorney General and the approval of the legislature.

4.  On March 28, 2006, this court extended from May 1, 2006 to July 1, 2006 the deadline for filing dispositive motions, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the <u>Daubert v. Merrill Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) line of cases.

5.  The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

6.  The parties do not mutually consent to a trial before a Magistrate Judge.

7.  The parties estimate the length of the trial, if held, to be two weeks.

Respectfully submitted,

/s/ Joanne Gibau
Joanne Gibau, Attorney at Law
Federal Bar No. ct05730
New Haven Legal Assistance
426 State Street
New Haven, CT 06510
(203) 946-4811, ext. 142
(203) 498-9271 (fax)
jgibau@nhlegal.org

/s/ Hugh Barber (98)
Hugh Barber, Assistant Attorney General
Federal Bar No. ct05731
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210
(860) 808-5385 (fax)
hugh.barber@po.state.ct.us

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed United States Mail, First Class, postage prepaid on this 4th day of April, 2006.

addressed to:

Richard Lynch, Esq.
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT 06226

Joanne Gibau