UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF CONNECTICUT

2006 MAY 26 P 2:54

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| LORI RAYMOND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | NO. 3:03CV0118 MRK |
| v. ) | |
| ) | MAY 26, 2006 |
| JOHN ROWLAND, in his official capacity as ) | |
| Governor of the State of Connecticut, and ) | |
| PATRICIA WILSON-COKER, in her ) | |
| official capacity as Commissioner of the State of ) | CLASS ACTION |
| Connecticut Department of Social Services ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1.   The parties have completed all discovery. No motions are currently pending.

2.   The parties continue to be actively engaged in settlement discussions in this action and are moving closer to a settlement agreement, which will be signed by the parties upon reaching agreement and then submitted for approval of the legislature at the next legislative session. The signed settlement agreement will be contingent upon legislative approval.

3.   This court extended from May 1, 2006 to July 1, 2006 the deadline for filing dispositive motions, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) line of cases, per order of this court dated April 5, 2006. The parties seek to have this deadline extended while they pursue settlement.

4. The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

5. The parties do not mutually consent to a trial before a Magistrate Judge.

6. The parties estimate the length of the trial, if held, to be two weeks.

|  | Respectfully submitted, |
|---|---|
| /s/ Joanne Gibau | /s/ Hugh Barber (J.B.) |
| Joanne Gibau, Attorney at Law | Hugh Barber, Assistant Attorney General |
| Federal Bar No. ct05730 | Federal Bar No. ct05731 |
| New Haven Legal Assistance | Office of the Attorney General |
| 426 State Street | 55 Elm St., P.O. Box 120 |
| New Haven, CT 06510 | Hartford, CT 06141-0120 |
| (203) 946-4811, ext. 142 | (860) 808-5210 |
| (203) 498-9271 (fax) | (860) 808-5385 (fax) |
| jgibau@nhlegal.org | hugh.barber@po.state.ct.us |

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed United States Mail, First Class, postage prepaid on this 26th day of May, 2006 addressed to:

Richard Lynch, Esq.
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT  06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT  06226

Joanne Gibau