UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, | : |
| | : |
|     Plaintiffs, | :   CIVIL ACTION |
| | :   NO. 3:03CV0118 MRK |
| v. | : |
| | :   July 5, 2006 |
| JOHN ROWLAND, in his official capacity as | : |
| Governor of the State of Connecticut, and | : |
| PATRICIA WILSON-COKER, in her | : |
| official capacity as Commissioner of the State of | :   CLASS ACTION |
| Connecticut Department of Social Services | : |
| | : |
|     Defendants. | : |

### JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. The parties continue to be actively engaged in settlement discussions in this action and believe they are moving closer to a settlement agreement, which will be signed by the parties upon reaching agreement. Defendants are in the process of finalizing their offer of alternative settlement agreement language, but do not anticipate such draft will be available prior to the conference call scheduled by Judge Kravitz for July 12, 2006 at 8:45 a.m.

3. Any settlement agreement will be submitted to the Connecticut General Assembly for approval and is contingent upon legislative approval.

4. The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

5.   The parties do not mutually consent to a trial before a Magistrate Judge.

6.   The parties estimate the length of the trial, if held, to be two weeks.

                                              Respectfully submitted,

_____                     _____
Joanne Gibau, Attorney at Law                 Hugh Barber, Assistant Attorney
General
Federal Bar No. ct05730                       Federal Bar No. ct05731
New Haven Legal Assistance                    Office of the Attorney General
426 State Street                              55 Elm St., P.O. Box 120
New Haven, CT 06510                           Hartford, CT 06141-0120
(203) 946-4811, ext. 142                      (860) 808-5210
(203) 498-9271 (fax)                          (860) 808-5385 (fax)
jgibau@nhlegal.org                            hugh.barber@po.state.ct.us

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Joint Status Report

was mailed United States Mail, First Class, postage prepaid on this 5th day of July, 2006.

addressed to:

Richard Lynch, Esq.
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT 06226

_/s/ Joanne Gibau_
Joanne Gibau