UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>JOHN ROWLAND, in his official capacity as :<br>Governor of the State of Connecticut, and :<br>PATRICIA WILSON-COKER, in her :<br>official capacity as Commissioner of the State of :<br>Connecticut Department of Social Services :<br>:<br>Defendants. : | CIVIL ACTION<br>NO. 3:03CV0118 MRK<br><br>August 18, 2006<br><br><br>CLASS ACTION |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. The parties continue to be actively engaged in settlement discussions in this action and continue to move closer to a settlement agreement. Defendants must coordinate the efforts of several state agencies critical to a final settlement, including the Connecticut Department of Public Works, Department of Administrative Services Office of Labor Relations, and the Office of Policy and Management. Defendant Department of Social Services Commissioner and defendants' counsel have identified the issues raised by each of these agencies and are in the process of addressing those issues which have not been resolved, including demonstrating the feasibility and cost-effectiveness of certain proposed

1

settlement agreement terms and ensuring the proposed terms are not in conflict with state labor laws, policies or contracts.

3. By the date of the currently scheduled status conference call (August 25, 2006 at 8:30 am), defendants expect to have provided the research, data and explanations requested by the various state agencies identified above, though they do not anticipate a response will be available by that date from the agencies to determine which issues and concerns have been resolved.

4. By September 11, 2006, defendants expect:

   a. to have met with staff from the above-identified agencies and the Secretary of the Office of Policy and Management, and

   b. to have proposed modifications of the draft settlement agreement regarding remaining pending issues available for plaintiffs' counsel for review.

5. Counsel for the defendants will endeavor to resolve all issues with the designated State entities and finalize settlement agreement language by October 15, 2006, for review by plaintiffs.

6. Plaintiffs will complete their review by November 1, 2006.

7. By November 15, 2006, defendants' counsel will obtain the Attorney General's approval of the settlement agreement, assuming approval can be obtained. Thereafter, the Attorney General's office will submit the settlement agreement to the General Assembly for approval when the legislative session opens on January 3, 2007, as the agreement is contingent upon legislative approval.

8. Assuming favorable legislative action, the parties will submit the settlement agreement to the court for review and approval.

9. The parties jointly suggest the court schedule a status conference in mid-October 2006 to report on our progress in finalizing a settlement agreement.

10. This court extended the deadline for filing dispositive motions to September 8, 2006. While the parties pursue settlement, they seek to have this deadline for filing dispositive motions, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the <u>Daubert v. Merrill Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) line of cases, extended to a date consistent with the above-anticipated schedule.

11. The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

12. The parties do not mutually consent to a trial before a Magistrate Judge.

13. The parties estimate the length of the trial, if held, to be two weeks.

Respectfully submitted,

_____
Joanne Gibau, Attorney at Law
Federal Bar No. ct05730
New Haven Legal Assistance
426 State Street
New Haven, CT 06510
(203) 946-4811, ext. 142
(203) 498-9271 (fax)
jgibau@nhlegal.org

_____
Hugh Barber, Assistant Attorney General
Federal Bar No. ct05731
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210
(860) 808-5385 (fax)
hugh.barber@po.state.ct.us

3

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed United States Mail, First Class, postage prepaid on this 18th day of August, 2006, addressed to:

Richard Lynch
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT 06226

_____
Joanne Gibau