UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, | : |
| | : |
| Plaintiffs, | :    CIVIL ACTION |
| | :    NO. 3:03CV0118 MRK |
| v. | : |
| | :    October 24, 2006 |
| JOHN ROWLAND, in his official capacity as | : |
| Governor of the State of Connecticut, and | : |
| PATRICIA WILSON-COKER, in her | : |
| official capacity as Commissioner of the State of | :    CLASS ACTION |
| Connecticut Department of Social Services | : |
| | : |
| Defendants. | : |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. The parties continue to be actively engaged in settlement discussions in this action and continue to move closer to a settlement agreement.

3. Defendants are coordinating the efforts and input of several state agencies critical to a final settlement, including the Connecticut Department of Public Works, Department of Administrative Services Office of Labor Relations, and the Office of Policy and Management (OPM). To the best of defendants' knowledge, all issues raised by other state officials have been resolved, except staffing issues. These issues are the subject of a meeting between defendant DSS and OPM scheduled for Thursday, October 26, 2006.

1

4. The resolution of the remaining staffing issues has delayed release of proposed modifications of the draft settlement agreement by defendants to plaintiffs' counsel. Defendants will endeavor to provide the proposed modifications to plaintiffs' counsel by October 30, 2006.

5. The parties have a status conference call with this court scheduled for Wednesday, November 1, 2006.

6. Plaintiffs will endeavor to complete their review of defendants' proposed settlement agreement modifications by November 15, 2006. Thereafter, the parties will meet with a goal of finalizing the terms of the settlement agreement.

7. By December 4, 2006, defendants' counsel will endeavor to obtain the Attorney General's approval of the settlement agreement. Thereafter, the Attorney General's office will submit the settlement agreement to the General Assembly for approval when the legislative session opens on January 3, 2007, as the agreement is contingent upon legislative approval.

8. Assuming favorable legislative action, the parties will submit the settlement agreement to the court for review and approval.

9. The parties jointly suggest the court schedule a status conference in mid-November 2006 to report on progress in finalizing a settlement agreement.

10. The court extended the deadline for filing dispositive motions to December 31, 2006. Should the court grant the parties' request for a status conference in mid-November 2006, the parties may seek to have the deadline for filing dispositive motions extended to a date consistent with the time table in this Joint Status Report.

11. The parties do not currently anticipate any request for referral to the United States Magistrate or the District's Special Master's Program, for settlement purposes.

12. The parties do not mutually consent to a trial before a Magistrate Judge.

13. The parties estimate the length of the trial, if held, to be two weeks.

                                                Respectfully submitted,

| | |
|---|---|
| /s/ Joanne Gibau | /s/ Hugh Barber |
| Joanne Gibau, Attorney at Law | Hugh Barber, Assistant Attorney General |
| Federal Bar No. ct05730 | Federal Bar No. ct05731 |
| New Haven Legal Assistance | Office of the Attorney General |
| 426 State Street | 55 Elm St., P.O. Box 120 |
| New Haven, CT 06510 | Hartford, CT 06141-0120 |
| (203) 946-4811, ext. 142 | (860) 808-5210 |
| (203) 498-9271 (fax) | (860) 808-5385 (fax) |
| jgibau@nhlegal.org | hugh.barber@po.state.ct.us |

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed United States Mail, First Class, postage prepaid on this 24th day of October 2006, addressed to:

Richard Lynch
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT  06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT  06226

                                                           Joanne Gibau

4