UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, | : |
| | : |
| Plaintiffs, | : CIVIL ACTION |
| | : NO. 3:03CV0118 MRK |
| v. | : |
| | : January 5, 2007 |
| JOHN ROWLAND, in his official capacity as | : |
| Governor of the State of Connecticut, and | : |
| PATRICIA WILSON-COKER, in her | : |
| official capacity as Commissioner of the State of | : CLASS ACTION |
| Connecticut Department of Social Services | : |
| | : |
| Defendants. | : |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The parties have completed all discovery. No motions are currently pending.

2. The parties continue to be actively engaged in settlement discussions in this action and continue to move closer to a settlement agreement.

3. Defendants have coordinated the response of several state agencies critical to a final settlement, including the Connecticut Department of Public Works, Department of Administrative Services Office of Labor Relations, and the Office of Policy and Management (OPM). On December 19, 2006, defendants provided proposed modifications of the draft settlement agreement to plaintiffs' counsel.

4. The parties are in the process of scheduling a meeting to finalize the settlement agreement.

5. Per this court's request on November 16, 2006, the parties are ready for the scheduling of a status conference call.

Respectfully submitted,

_____
Joanne Gibau, Attorney at Law
Federal Bar No. ct05730
New Haven Legal Assistance
426 State Street
New Haven, CT 06510
(203) 946-4811, ext. 142
(203) 498-9271 (fax)
jgibau@nhlegal.org

_____
Hugh Barber, Assistant Attorney General
Federal Bar No. ct05731
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210
(860) 808-5385 (fax)
hugh.barber@po.state.ct.us

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed United States Mail, First Class, postage prepaid on this 5th day of January 2007, addressed to:

Richard Lynch
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT 06226

_____
Joanne Gibau