UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| : | NO. 3:03CV0118 MRK |
| v. : | |
| : | May 18, 2007 |
| JOHN ROWLAND, in his official capacity as : | |
| Governor of the State of Connecticut, and : | |
| PATRICIA WILSON-COKER, in her : | |
| official capacity as Commissioner of the State of : | CLASS ACTION |
| Connecticut Department of Social Services : | |
| : | |
| Defendants. : | |

## JOINT STATUS REPORT

The parties herein, through undersigned counsel, file this Joint Status Report, as follows:

1. The Settlement Agreement has been approved by the Connecticut General Assembly. It was submitted to the General Assembly by the Connecticut Attorney General, Richard Blumenthal, on April 13, 2007 pursuant to Conn. Gen. Stat. § 3-125a and the Connecticut General Assembly Joint Rules § 32, and was referred to the committees of cognizance: Judiciary, Human Services and Appropriations. These committees held a joint hearing on April 30, 2007. On May 8, 2007, the House of Representatives and Senate Judiciary Committees approved the Settlement Agreement and submitted House Resolution No. 60, File 804 and Senate Resolution No. 58, January Session, 2007, supporting the Settlement Agreement to each respective body of the legislature.

The General Assembly did not hold a vote on the Settlement Agreement within 30 days of its submission to the General Assembly; the Settlement Agreement is therefore

deemed to have been approved pursuant to Conn. Gen. Stat. § 3-125a(a). The parties will file the Settlement Agreement with the Court on or before June 1, 2007.

2. On April 24, 2007, Plaintiffs provided Defendants with a draft notice to the class, proposed methods for service, and a draft joint motion to the Court. Defendants expect to have comments available for Plaintiffs to review by May 25, 2007. If the parties reach agreement regarding notice to the class and service of such notice, they will file a joint motion for approval of class notice to the Court on or before June 8, 2007. If the parties are unable to reach agreement regarding notice to the class and service of such notice, each party will file a separate motion to the Court on or before June 8, 2007.

3. The parties propose that the Court schedule a conference call around June 1, 2007, to discuss how the Court prefers to proceed with its review of the Settlement Agreement, including preliminary review and approval, ordering of notice and scheduling of the fairness hearing contemplated by Fed. R.of Civ. P. 23(e).

Respectfully submitted,

Joanne Gibau, Attorney at Law
Federal Bar No. ct05730
New Haven Legal Assistance
426 State Street
New Haven, CT 06510
(203) 946-4811, ext. 142
(203) 498-9271 (fax)
jgibau@nhlegal.org

Hugh Barber, Assistant Attorney General
Federal Bar No. ct05731
Office of the Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210
(860) 808-5385 (fax)
hugh.barber@po.state.ct.us

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Joint Status Report was mailed United States Mail, First Class, postage prepaid on this 18th day of May 2007, addressed to:

Richard Lynch
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Greg Bass
Lucy Potter
Maria Morelli-Wolfe
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06015-2466

Shirley Bergert
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, CT 06226

                                                 Joanne Gibau