

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI RAYMOND, *et al.*<br>Individually and on behalf of all<br>other persons similarly situated, | : | |
| | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:03CV0118 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOHN ROWLAND, in his official | : | |
| capacity as Governor of the State of | : | |
| Connecticut, and | : | |
| | : | |
| PATRICIA WILSON-COKER, in her | : | |
| official capacity as Commissioner | : | (CLASS ACTION) |
| of the State of Connecticut Department of | : | |
| Social Services, | : | |
| | : | |
| Defendants. | : | |

## ORDER

WHEREAS the parties in this matter have reached an agreement to settle this

lawsuit, subject to approval of the Court pursuant to Fed. R. Civ. P. 23(e), the Court has

read and considered the Settlement Agreement signed by the parties and setting forth the

terms and conditions of the proposed settlement, attached as Exhibit A to their "Joint

Motion for Preliminary Approval of Settlement Agreement and Class Notice, to Set a

Date for a Final Fairness Hearing and Final Settlement Approval" and the parties to the

Settlement Agreement have consented to the entry of this Order,

-1-

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The terms of the Settlement Agreement are preliminarily approved. The Court

will hold a final fairness hearing pursuant to Fed. R. Civ. P. 23(e) on

September 10 , 2007, at  2:00 p.m., in Room  Four      in the Federal

District Courthouse in New Haven, Connecticut, to determine whether the terms

of the Settlement Agreement are fair, reasonable and adequate and should be

approved by the Court, and to rule on such other matters as the Court deems

appropriate.

2.      The Court approves, as to form and content, conformed to include information

regarding the final fairness hearing, the proposed notice attached as Exhibit B

and the poster attached as Exhibit C to the "Joint Motion for Preliminary

Approval of Settlement Agreement and Class Notice, to Set a Date for a Final

Fairness Hearing and Final Settlement Approval."

3.      By July 25, 2007, the Department of Social Services shall mail a copy of the

notice to:

a.      Pending applicants and recipients of the State Supplement to the Aged,

Blind and Disabled (AABD) and State Administered General Assistance

(SAGA) cash assistance programs;

b.      Pending applicants of the Temporary Family Assistance (TFA) program

and recipients of TFA who are exempt from work requirements based on

incapacity or have received at least 18 months of time-limited assistance;

c.      Recipients of benefits in the Food Stamp program who are exempt from

-2-

work requirements based on disability;

d.    Pending applicants and recipients of the following Medicaid programs: Community Aged, Blind and Disabled, including persons in a spend-down period who have not met the spend-down; Long Term Care; and Medicaid/Medicare Savings programs; and

e.    Pending applicants and recipients of the AABD, SAGA, TFA, Food Stamp and Medicaid programs with an impairment coding indicating disability.

Pending applicants to whom notice shall be provided are those in the DSS computer system at the time DSS extracts the list of notice recipients from such system, approximately two weeks prior to completion of notice mailing. Persons identified in the DSS computer system as preferring Spanish shall be provided with the notice in Spanish; all others will be provided with the notice in English.

4.    By July 25, 2007, copies of the notice in English and Spanish and a copy of the Settlement Agreement shall be posted prominently on the DSS website and shall remain on such website until the date of the final fairness hearing set by this Court. A request for an equivalent posting on the Connecticut Department of Labor website shall be made to the Commissioner of the Connecticut Department of Labor by Defendant DSS Commissioner.

5.    For the period of July 15, 2007 until the date of the hearing set by this Court, bilingual posters of at least 11" by 17", translated, printed and distributed by Defendant DSS Commissioner, shall be prominently displayed in the waiting

rooms of all DSS offices. Defendant DSS Commissioner shall make copies of the notice in English and Spanish available either next to the poster or nearby. Defendant DSS Commissioner shall provide copies of the bilingual posters and notice to all Community Action Agencies and Department of Labor employment service sites with a request that the posters be prominently displayed in public areas and the notices be made readily available to the public from July 15, 2007 until the date of the final fairness hearing set by this Court.

6.    The Court finds that distribution of the notice and posters in accordance with paragraphs 3 through 5 is reasonable and constitutes due and sufficient notice to the class.

7.    Any class member or his/her authorized representatives may appear at the final fairness hearing to show cause why the proposed Settlement Agreement should not be approved as fair, reasonable and adequate, provided he or she submits a written notice of objection, sent by first class mail to Clerk, United States District Court, District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, and postmarked no later than August 22 , 2007.

Any class member who does not make his/her objection as provided herein shall be deemed to have waived such objection and shall forever be foreclosed from being heard at the final fairness hearing to make objection to the fairness, reasonableness or adequacy of the Settlement Agreement, unless otherwise ordered by the Court.

8.  The parties shall submit their Joint Motion for Final Approval and supporting

papers no later than August 31, 2007

9.  The parties may submit additional materials in support of the final approval of

the Settlement Agreement at least seven days prior to the final fairness hearing.

10.  The Court may continue or adjourn the date and time of the final fairness hearing

without further notice to the class.

11.  The Court may approve and enter the Settlement Agreement, with or without

modifications, without further notice to the class.


Dated and entered this __14th__ day of ___June___, 2007.



_____

MARK R. KRAVITZ, Judge