UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI RAYMOND, *et al.*<br>Individually and on behalf of all<br>other persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN ROWLAND, in his official<br>Capacity as Governor of the State of<br>Connecticut, and<br>PATRICIA WILSON-COKER, in her<br>Official capacity as Commissioner<br>of the State of Connecticut Department of<br>Social Services,<br><br>*Defendants* | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   3:03CV01118 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   August 30, 2007 |

## AFFIDAVIT OF MARY JANE SADLER

Mary Jane Sadler, being duly sworn, deposes and says:

1. That she is employed by the Department of Social Services ("DSS") as Social Services Program Administration Manager.

2. That she fulfills her responsibilities acting under the supervision of Kevin Loveland, Director.

3. That under Mr. Loveland's general direction, she was responsible for implementing compliance with various aspects of this Court's order that notice of the proposed settlement be afforded to class members.

4. That the Court-approved notice was translated into Spanish. DSS then did a computer run to extract the names and addresses of individuals who were entitled to receive notice under the terms of this Court's order. 128,190 notices were mailed to individuals. To the best of the affiant's knowledge, notice was sent to every individual who is entitled to receive notice under the Court's order. Mailing was accomplished between July 9 and July 13, 2007.

5. The poster approved by this Court was translated into Spanish and bilingual versions were prominently displayed in the waiting rooms of all DSS offices beginning on July 13, 2007, except for the Norwich office where the poster was displayed beginning on July 16,

Exhibit A

2007. Copies of the notice in English and Spanish were available either next to the poster or nearby. Copies of the bilingual posters and notices were also provided by DSS to all Community Action Agencies on July 13, 2007. DSS also requested the Department of Labor to display the posters and notices at its employment services sites on June 29, 2007, with the posters and notices subsequently being displayed by the Department of Labor.

6. On July 7, 2007, copies of the notice in English and a copy of the Settlement Agreement were posted prominently on the DSS website. A copy of the notice in Spanish was subsequently posted on July 30, 2007. The notices and agreement will remain on the website until at least September 11, 2007 at www.ct.gov/dss/settlement.

7. The foregoing facts are attested to by the affiant on the basis of her own personal knowledge and/or on a review of the DSS file.

_____
Mary Jane Sadler

ss: Hartford, CT

Mary Jane Sadler personally approved before me on this thirty-first day of August, 2007, and swore that the foregoing is true to the best of her knowledge and belief.

_____
Commissioner of the Superior Court
Juris No. 309203

June/July 2007

# CABHN FEVER

**Highlights in this issue:**

Raymond vs Rowland ... p1
New State Energy Law ... p2
Legislative Wrap-Up ... p3
Safety Net Program Expanded ... p4

## Lawsuit About Access to DSS Services Settled

### Raymond Vs. Rowland

In January 2003, legal services filed a case in federal court known as Raymond v. Rowland against the Department of Social Services (DSS) and the Governor. At the time the suit was filed, DSS was in the process of closing over a third of its offices and laying off the staff who worked in those offices. The suit claimed inadequate accommodations were available to people with disabilities to allow them to successfully navigate the eligibility processes for DSS programs to obtain and keep benefits for which they were eligible.

The parties have reached a settlement agreement in that case. The attorneys for the Plaintiffs, listed below, believe the settlement will significantly improve access to DSS services and benefits for the class members. **There will be a hearing on September 10, 2007 at 2 pm in the federal courthouse in New Haven. The court must approve the settlement before it is final because it is a class action. Individuals affected by the case can comment on the settlement at the hearing, but will need to notify the court of their intention to do so by August 22.** Their comments can then be taken into account by Judge Kravitz in the court's determination of whether to approve the settlement.

DSS is sending notice to about half of the people in its system, those most likely to be affected by a disability. In addition, Plaintiffs' attorneys, through this CABHN Fever article and other means, are trying to get information about the agreement and court hearing out to as many members of the Plaintiff class as possible. Class members include all people with disabilities eligible for benefits through AABD, TFA, SAGA, Food Stamps or Medicaid programs, who require reasonable accommodations to obtain and maintain DSS benefits. Many people who receive benefits from DSS have hidden disabilities, such as mental health or competency issues. A flyer that can be copied and circulated to anyone interested, including class members and others providing services to them, is enclosed with this issue of CABHN Fever. DSS is translating the settlement agreement notice into Spanish and will be printing bilingual posters which will be available soon. If your organization is willing to distribute these to interested people or has a website and is willing to post a more detailed notice as well as a copy of the settlement agreement, or if you have any questions, please contact one of the following:

Greater Hartford Legal Aid: Greg Bass, Lucy Potter or Maria Morelli-Wolfe, 860-541-5000.

New Haven Legal Assistance: Joanne Gibau, 203-946-4811, ext 142

Connecticut Legal Services: Shirley Bergert, 1-800-413-7796 ext 115 ✧

## HUSKY: Help to Improve Dental Service Access for Children

Do you know of children who have experienced difficulty recently in getting in to see a dentist who accepts HUSKY A (Health Net, Blue Care Family Plan, Community Health Network of CT or First Choice/ Preferred One) for any of the following reasons?

a  Unable to find a local dental provider (private or clinic-based) who accepts HUSKY A

b  Tried calling dentists who supposedly accept HUSKY A, but they would not help;

c  Difficulty with transportation to the dental provider;

d  Language/cultural barriers;

e  DSS/HUSKY A HMO wouldn't assist in finding a dental provider, scheduling an appointment, etc ;

f  Placed on a waiting list or other delay in trying to get care

If so, please phone or email Jamey Bell at Greater Hartford Legal Aid, (860)541-5046, jbell@ghla.org, or Sheldon Toubman at stoubman@nhlegal.org ✧

## WISP Scholarship Program

The Women's Independence Scholarship Program (WISP) is a project of The Sunshine Lady Foundation (SLF) of North Carolina. The objective of the WISP is to help survivors of domestic violence obtain an education that will help to provide secure employment, personal independence and self sufficiency. Support is available for full or part-time students interested in attending vocational, community college, four-year degree or graduate studies programs. Requests for assistance are accepted on an ongoing basis.

For eligibility requirements, visit the website at www.sunshinelady.org or contact:

Sunshine Lady Foundation, Inc
4900 Randall Parkway, Suite H
Wilmington, NC 28403
Phone: 910-397-7742
Fax: 910-397-0023
Toll-Free: 866-255-7742
website: http://www.sunshinelady.org/ ✧

**Connecticut Alliance For Basic Human Needs**

Exhibit B

## If You Have a Disability:
## Important Information About A Court Settlement

This information is for members of the "class" in a case called Raymond v. Rowland, a "class action." The federal Court ruled the class -- people affected by this lawsuit -- includes all people with physical or mental disabilities who get benefits from the Connecticut Department of Social Services (DSS) now or in the future. In 2003 Ms. Raymond and others filed this lawsuit to improve the way DSS helps people with disabilities. DSS and the class reached an agreement. The agreement will end the lawsuit if the Court approves it.

The case was brought to change the way DSS operates -- *not to get money damages for class members*.

**Here is a summary of the changes DSS and the class agreed to.** A "notice" is available to tell you more detail about the agreement. It also explains how you can tell the Court if you object.

- DSS workers will provide extra help for people who need it because of disability when applying or recertifying for benefits. DSS must also tell you that you can ask for this help.
- DSS will have a grievance or complaint process for people with disabilities who believe they were treated unfairly because of their disability.
- DSS will change its offices to make them more welcoming and easier to use.
- DSS is changing its procedures, written notices and phone and computer systems to help people with disabilities.
- DSS is training its staff about people with disabilities and their rights.
- DSS will hire staff to make these changes happen.

There will be a hearing on September 10, 2007 before Judge Mark Kravitz. It will be at the United States District Court, 141 Church Street, New Haven, Connecticut 06510. At the hearing, the Court will consider the settlement agreement. Class members can object to the settlement agreement at the hearing. <u>You do not have to go to the hearing or do anything else if you do not want to object to the settlement.</u>

**For more information:**

If you live in Hartford County, except New Britain, contact Greg Bass, Lucy Potter or Maria Morelli-Wolfe, 860-541-5000.

If you live in New Haven County, contact Joanne Gibau, 203-946-4811, ext. 142

If you live anywhere else in the state, contact Shirley Bergert, 1-800-413-7796 ext. 115.