# United States District Court

DISTRICT OF Connecticut

Raymond, et al
v.
Rowland, et al

EXHIBIT AND WITNESS LIST (Court circled)

CASE NUMBER: 3:03cv118

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Shirley J. Bergert | Hugh Barber |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/10/2007 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/10/07 | | | Court exh A Letters with comments |
| | | 9/10/07 | | | Court exh B CT D of Soc. Svcs 1005.10 |
| | | 9/10/07 | | | Court exh C Letters |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Sept. 10, 2007
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages